# EXHIBIT 47

White House,

FACT SHEET: President Biden Announces Actions In Light of Today's Supreme Court Decision on *Dobbs v. Jackson Women's Health Organization*

(June 24, 2022)

JUNE 24, 2022

# FACT SHEET: President Biden Announces Actions In Light of Today's Supreme Court Decision on Dobbs v. Jackson Women's Health Organization

Today, President Biden announced actions that his Administration is taking to protect women who will face the grave consequences of today's Supreme Court decision. This decision expressly took away a Constitutional right from the American people that it had recognized for nearly 50 years – a woman's right to choose, free from government interference.

This decision will have devastating consequences in the lives of women around the country.

The President made clear that the only way to secure a woman's right to choose is for Congress to restore the protections of Roe as federal law. Until then, he has announced two actions the Administration is taking to protect women.

Protecting the Right to Seek Medical Care

As the [Attorney General made clear,](#) women must remain free to travel safely to another state to seek the care they need.

A person has the right to travel between states for whatever reason they want – it is no one else's business – especially the government's. If a woman lives in a state that restricts abortion, the Supreme Court's

decision does not prevent her from traveling from her home to a state that allows it.

If any state or local official tries to interfere with women exercising this basic right, the Biden Administration will fight that deeply un-American attack.

Protecting Access to Medication

The President directed the Secretary of Health and Human Services to protect women's access to critical medications for reproductive health care that are approved by the Food and Drug Administration—including essential preventive health care like contraception and medication abortion.

More than 20 years ago, the FDA approved mifepristone to safely end an early pregnancy; this drug is also commonly used to treat miscarriages. The American Medical Association and the American College of Obstetricians and Gynecologists wrote to President Biden and Vice President Harris, asking the federal government to protect access to this care. In the face of threats from state officials saying they will try to ban or severely restrict access to medication for reproductive health care, the President directed the Secretary of Health and Human Services to identify all ways to ensure that mifepristone is as widely accessible as possible in light of the FDA's determination that the drug is safe and effective   including when prescribed through telehealth and sent by mail.

***