# EXHIBIT 59

Press Release, HHS,

HHS Releases Report Detailing Biden-Harris

Administration Efforts to Protect Reproductive Health

Care Since Dobbs

(Jan. 19, 2023)

An official website of the United States government

**U.S. Department of**
**Health and Human Services**
Enhancing the health and well-being of all Americans

Home </replay web page/w/id 55f3852527e2/mp /https://www.hhs.gov/>      About </replay web page/w/id 55f3852527e2/mp /https://www.hhs...

**Navigate to:**

T+    🖨    f    ✉

**FOR IMMEDIATE RELEASE**                    **Contact: HHS Press Office**
**January 19, 2023**                         **202-690-6343**
                                             **media@hhs.gov**

# HHS Releases Report Detailing Biden-Harris Administration Efforts to Protect Reproductive Health Care Since Dobbs

### *Sunday Marks 50th Anniversary of Supreme Court's Roe v. Wade Decision*

Today, the U.S. Department of Health and Human Services (HHS) released a report entitled: "Marking the 50th Anniversary of Roe: Biden-Harris Administration Efforts to Protect Reproductive Health Care," which outlines the actions HHS has taken in the face of the health crisis precipitated by the *Dobbs* decision, which overturned *Roe v. Wade*.

"On the 50th anniversary of the *Roe v. Wade* decision, abortion, contraception, and other forms of reproductive health care are under attack in our nation like never before because the Supreme Court undermined nearly half a century of precedent protecting women's access to this critical care," said HHS Secretary Xavier Becerra. "As a result, our daughters have fewer rights than their mothers and grandmothers, and women seeking care are being put in dangerous situations with heartbreaking results."

"The Biden-Harris Administration continues to fight shoulder-to-shoulder with women and families who face this frightening new reality in states across the nation. This anniversary reminds us of what America's women lost as a result of the *Dobbs* decision, and of the importance of HHS's work to protect and expand women's access to reproductive health care. Our work won't stop until all women have access to this critical care."

Since *Dobbs,* HHS has worked to protect and expand access to reproductive care amidst unprecedented efforts by Republican officials at the national and state level to restrict access to abortion and contraception. They have taken action using the tools available to them under the Department's jurisdiction in light of the *Dobbs* decision. HHS actions have been centered on six core priorities:

1. **Protecting Access to Abortion Services**

2. **Safeguarding Access to Birth Control**

3. **Protecting Patient Privacy**

4. **Promoting Access to Accurate Information**

5. **Ensuring Non-discrimination in Healthcare Delivery**

6. **Evidence-Based Decision Making at FDA**

A few key actions HHS has taken include:

- Reaffirming the Department's commitment to protecting the right to abortion care in emergency settings under EMTALA.

- Issuing guidance <https://rejouer.perma.cc/replay web page/w/id 55f3852527e2/mp_/https://www.hhs.gov/about/news/2022/07/28/hhs-dol-treasury-issue-guidance-regarding-birth-control-coverage.html> to clarify protections for birth control coverage under the Affordable Care Act.

- Protecting medical privacy by empowering patients to protect their medical information on smart phones and Apps.

The full report can be read at https://www.hhs.gov/sites/default/files/roe-report.pdf - PDF <https://rejouer.perma.cc/replay-web-page/w/id-55f3852527e2/mp_/https://www.hhs.gov/sites/default/files/roe-report.pdf>.

This week, Secretary Becerra will meet with advocates and providers in Wisconsin, a state where abortion care is no longer being provided, and Minnesota, a state where abortion remains legal and legislators recently introduced a bill to codify the right to abortion into state law. During these visits, he will reiterate the Biden-Harris Administration's steadfast commitment to protecting access to reproductive health care, including abortion and contraception.

###

Note: All HHS press releases, fact sheets and other news materials are available at https://www.hhs.gov/news </replay-web-page/w/id-55f3852527e2/mp_/https://www.hhs.gov/news>.
Like HHS on Facebook ⧉ </replay-web-page/w/id-55f3852527e2/mp_/https://www.hhs.gov/disclaimer.html>, follow HHS on Twitter @HHSgov <https://rejouer.perma.cc/replay-web-page/w/id-55f3852527e2/mp_/https://twitter.com/#!/hhsgov> ⧉ </replay-web-page/w/id-55f3852527e2/mp_/https://www.hhs.gov/disclaimer.html>, and sign up for HHS Email Updates <https://rejouer.perma.cc/replay-web-page/w/id-55f3852527e2/mp /https://cloud.connect.hhs.gov/subscriptioncenter>.
Last revised: January 19, 2023

## Sign Up for Email Updates

Receive the latest updates from the Secretary, Blogs, and News Releases

**Sign Up** <https://rejouer.perma.cc/replay-web-page/w/id-55f3852527e2/mp_/https://cloud.connect.hhs.gov/subscriptioncenter>

## Subscribe to RSS

Receive latest updates

RSS </replay web page/w/id 55f3852527e2/mp_/https://www.hhs.gov/rss/news.xml>

## Related News Releases

**Readout of HHS Secretary Becerra's Roundtable with National Black Leaders Commemorating Black History Month** </replay-web-page/w/id-55f3852527e2/mp_/https://www.hhs.gov/about/news/2024/02/15/readout-hhs-secretary-becerras-roundtable-national-black-leaders-commemorating-black-history-month.html>

**Statement from Secretary Becerra on the Anniversary of the Roe v. Wade Decision** </replay-web-page/w/id-55f3852527e2/mp_/https://www.hhs.gov/about/news/2024/01/22/statement-secretary-becerra-anniversary-roe-v-wade-decision.html>

**Statement by Secretary Xavier Becerra on the Passing of Former Pan American Health Organization (PAHO) Director, Dr. Carissa F. Etienne** </replay-web-page/w/id-55f3852527e2/mp_/https://www.hhs.gov/about/news/2023/12/01/statement-by-secretary-xavier-becerra-passing-former-pan-american-health-organization-director-dr-carissa-f-etienne.html>

## Related Blog Posts

 **Black History Month; Recognizing Contributions and Continuing the Fight Against Health Inequities** </replay-web-page/w/id-55f3852527e2/mp_/https://www.hhs.gov/blog/2024/02/15/black-history-month-recognizing-contributions-continuing-fight-against-health-inequities.html>

 **Happy National Hispanic Heritage Month - Latinos: Driving Prosperity, Power and Progress in America** </replay-web-page/w/id-55f3852527e2/mp_/https://www.hhs.gov/blog/2023/09/29/national-hispanic-heritage-month-observance-2023.html>

 **Looking Back: Honoring Second Chance Month at HHS** </replay-web-page/w/id-55f3852527e2/mp_/https://www.hhs.gov/blog/2023/08/31/looking-back-honoring-second-chance-month-hhs.html>

## Media Inquiries

For general media inquiries, please contact media@hhs.gov.

---

Content created by Assistant Secretary for Public Affairs (ASPA)

Content last reviewed January 19, 2023