AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| STATE LOUISIANA, et al.<br>*Plaintiff*<br><br>v.<br><br>U S FOOD & DRUG ADMINISTRATION , et al.<br>*Defendant* | )<br>)<br>) Civil Action No. 6:25–CV–01491–DCJ–DJA<br>) Judge David C Joseph<br>)<br>)<br>) |

### SUMMONS IN A CIVIL ACTION

To:
**U.S. ATTORNEY**
**WESTERN DISTRICT OF LOUISIANA**
**800 LAFAYETTE ST., STE: 2200**
**LAFAYETTE, LA 70501–6832**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Caitlin Ann Huettemann**
> **LA Atty General's Office (BR)**
> **1885 N Third St**
> **Baton Rouge, LA 70802**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  10/7/2025   /s/ – Daniel J. McCoy

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

6:25−CV−01491−DCJ−DJA

# PROOF OF SERVICE
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **U.S. ATTORNEY**
**WESTERN DISTRICT OF LOUISIANA**
**800 LAFAYETTE ST., STE: 2200**
**LAFAYETTE, LA 70501−6832** was received by me on *(date)*_____.

- I personally served the summons on **U.S. ATTORNEY**
  **WESTERN DISTRICT OF LOUISIANA**
  **800 LAFAYETTE ST., STE: 2200**
  **LAFAYETTE, LA 70501−6832** at *(place)*_____
  _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $_____ for travel and $_____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.

Date: _____           _____
                                              *Server's signature*

                                         _____
                                              *Printed name and title*

                                         _____
                                              *Server's address*

Additional information regarding attemped service, etc:

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| STATE LOUISIANA, et al.<br>*Plaintiff*<br>v.<br>U S FOOD & DRUG ADMINISTRATION , et al.<br>*Defendant* | )<br>)<br>) Civil Action No. 6:25–CV–01491–DCJ–DJA<br>) Judge David C Joseph<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To:
**ATTN: CIVIL PROCESS CLERK**
**U.S. ATTORNEY GENERAL**
**950 PENNSYLVANIA AVENUE, N.W.**
**WASHINGTON, D.C. 20530–0001**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Caitlin Ann Huettemann**
> **LA Atty General's Office (BR)**
> **1885 N Third St**
> **Baton Rouge, LA 70802**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  10/7/2025    /s/ – Daniel J. McCoy

6:25–CV–01491–DCJ–DJA
# PROOF OF SERVICE
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **ATTN: CIVIL PROCESS CLERK**
**U.S. ATTORNEY GENERAL**
**950 PENNSYLVANIA AVENUE, N.W.**
**WASHINGTON, D.C. 20530–0001**
was received by me on *(date)*_____.

- I personally served the summons on **ATTN: CIVIL PROCESS CLERK**
  **U.S. ATTORNEY GENERAL**
  **950 PENNSYLVANIA AVENUE, N.W.**
  **WASHINGTON, D.C. 20530–0001**
  at *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                *Server's signature*

                                         _____
                                                *Printed name and title*

                                         _____
                                                *Server's address*

Additional information regarding attemped service, etc:

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| STATE LOUISIANA, et al.<br>*Plaintiff*<br><br>v.<br><br><u>U S FOOD & DRUG ADMINISTRATION , et al.</u><br>*Defendant* | )<br>)<br>) Civil Action No. 6:25–CV–01491–DCJ–DJA<br>) Judge David C Joseph<br>)<br>)<br>) |

### SUMMONS IN A CIVIL ACTION

To:
**U S Food & Drug Administration**

   A lawsuit has been filed against you.

   Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Caitlin Ann Huettemann**
> **LA Atty General's Office (BR)**
> **1885 N Third St**
> **Baton Rouge, LA 70802**

   If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  10/7/2025         /s/ – Daniel J. McCoy

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

6:25–CV–01491–DCJ–DJA
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **U S Food & Drug Administration** was received by me on *(date)*_____.

- I personally served the summons on **U S Food & Drug Administration** at *(place)*_____ _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____ _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ _____ on *(date)* _____; or

- I returned the summons unexecuted because _____ _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.


Date: _____                _____
                                                                    *Server's signature*

                                                                    _____
                                                                    *Printed name and title*

                                                                    _____
                                                                    *Server's address*


Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

STATE LOUISIANA, et al.
    Plaintiff
        v.

U S FOOD & DRUG ADMINISTRATION, et al.
    Defendant

) Civil Action No. 6:25–CV–01491–DCJ–DJA
) Judge David C Joseph

## SUMMONS IN A CIVIL ACTION

To:
**Martin Makary**

    A lawsuit has been filed against you.

    Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Caitlin Ann Huettemann**
> **LA Atty General's Office (BR)**
> **1885 N Third St**
> **Baton Rouge, LA 70802**

    If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: __10/7/2025__

                  __/s/ – Daniel J. McCoy__

6:25–CV–01491–DCJ–DJA
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Martin Makary** was received by me on *(date)*_____.

- I personally served the summons on **Martin Makary** at *(place)*_____ _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____ _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ _____ on *(date)* _____; or

- I returned the summons unexecuted because _____ _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                                                *Server's signature*

                                                                                _____
                                                                                *Printed name and title*

                                                                                _____
                                                                                *Server's address*

Additional information regarding attemped service, etc:

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| STATE LOUISIANA, et al.<br>*Plaintiff*<br><br>v.<br><br><u>U S FOOD & DRUG ADMINISTRATION , et al.</u><br>*Defendant* | )<br>)<br>) Civil Action No. 6:25–CV–01491–DCJ–DJA<br>) Judge David C Joseph<br>)<br>)<br>) |

### SUMMONS IN A CIVIL ACTION

To:
**George Francis Tidmarsh**

    A lawsuit has been filed against you.

    Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        **Caitlin Ann Huettemann**
        **LA Atty General's Office (BR)**
        **1885 N Third St**
        **Baton Rouge, LA 70802**

    If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: __10/7/2025__                                                               __/s/ – Daniel J. McCoy__

6:25−CV−01491−DCJ−DJA
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **George Francis Tidmarsh** was received by me on *(date)*_____.

- I personally served the summons on **George Francis Tidmarsh** at *(place)*_____ _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____ _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ _____ on *(date)* _____; or

- I returned the summons unexecuted because _____ _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.


Date: _____        _____
                                                            *Server's signature*

                                                            _____
                                                            *Printed name and title*

                                                            _____
                                                            *Server's address*



Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| STATE LOUISIANA, et al.<br>*Plaintiff*<br>v.<br><u>U S FOOD & DRUG ADMINISTRATION , et al.</u><br>*Defendant* | )<br>)<br>) Civil Action No. 6:25–CV–01491–DCJ–DJA<br>) Judge David C Joseph<br>)<br>)<br>) |

### SUMMONS IN A CIVIL ACTION

To:
**U S Dept of Health & Human Services**

    A lawsuit has been filed against you.

    Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Caitlin Ann Huettemann**
> **LA Atty General's Office (BR)**
> **1885 N Third St**
> **Baton Rouge, LA 70802**

    If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: __10/7/2025__                             /s/ – Daniel J. McCoy

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

6:25−CV−01491−DCJ−DJA
## PROOF OF SERVICE
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **U S Dept of Health & Human Services** was received by me on *(date)*_____.

- I personally served the summons on **U S Dept of Health & Human Services** at *(place)*_____ _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____ _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ _____ on *(date)* _____; or

- I returned the summons unexecuted because _____ _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                                *Server's signature*

                                          _____
                                                *Printed name and title*

                                          _____
                                                *Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

STATE LOUISIANA, et al.
*Plaintiff*

v.   Civil Action No. 6:25–CV–01491–DCJ–DJA
Judge David C Joseph

U S FOOD & DRUG ADMINISTRATION , et al.
*Defendant*

### SUMMONS IN A CIVIL ACTION

To:
**Robert F Kennedy**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Caitlin Ann Huettemann**
**LA Atty General's Office (BR)**
**1885 N Third St**
**Baton Rouge, LA 70802**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: __10/7/2025__          /s/ – Daniel J. McCoy

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

6:25−CV−01491−DCJ−DJA
# PROOF OF SERVICE
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Robert F Kennedy** was received by me on *(date)*_____.

- I personally served the summons on **Robert F Kennedy** at *(place)*_____ _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____ _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ _____ on *(date)* _____; or

- I returned the summons unexecuted because _____ _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____     _____
                                              *Server's signature*

                                                    _____
                                                    *Printed name and title*

                                                    _____
                                                    *Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| STATE LOUISIANA, et al.<br>Plaintiff<br>v.<br>U S FOOD & DRUG ADMINISTRATION , et al.<br>Defendant | ) <br> ) <br> ) Civil Action No. 6:25–CV–01491–DCJ–DJA <br> ) Judge David C Joseph <br> ) <br> ) <br> ) |

### SUMMONS IN A CIVIL ACTION

To:
**Jr**

    A lawsuit has been filed against you.

    Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        **Caitlin Ann Huettemann**
        **LA Atty General's Office (BR)**
        **1885 N Third St**
        **Baton Rouge, LA 70802**

    If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: __10/7/2025__                        __/s/ – Daniel J. McCoy__

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

6:25−CV−01491−DCJ−DJA

# PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for **Jr** was received by me on *(date)*_____.

- I personally served the summons on **Jr** at *(place)*_____
  _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                              *Server's signature*

                                              _____
                                              *Printed name and title*

                                              _____
                                              *Server's address*

Additional information regarding attemped service, etc: