# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, <br><br> *Defendants*. | No. 6:25-cv-01491-DCJ-DJA |

## ORDER GRANTING DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Before the Court is Defendants' Consent Motion for Extension of Time to Respond to Complaint. Having reviewed the Motion, the Court finds good cause to grant the requested extension. Accordingly, the motion is **GRANTED** and Defendants' deadline to respond to the Complaint is **EXTENDED** until January 12, 2026.

SO ORDERED this 1st day of December, 2025.

_____
David J. Ayo
United States Magistrate Judge