# EXHIBIT 9

**U.S. Senator Bill Cassidy, M.D. (@SenBillCassidy),
X (Dec. 12, 2025, at 13:05 PT)**



← Post

**U.S. Senator Bill Cassidy, M.D.** ✓
@SenBillCassidy

As chair of the HELP Committee and a strong pro-life conservative, FDA's response to Congress is unacceptable. Republicans have been pressing FDA to provide answers on the status of its promised safety study of the chemical abortion drug and information about the second generic's approval. The American people deserve to know why HHS and FDA continue to ignore their responsibility to safeguard mothers and unborn children from this harmful drug.



:05 PM · Dec 12, 2025 · **17.5K** Views

💬 46     🔁 34     ♡ 57     🔖 7     ⬆

Read 46 replies

**Don't miss what's happening**
People on X are the first to know.