UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, by and through its Attorney General, LIZ MURRILL, and ROSALIE MARKEZICH,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION, *et al.*,<br><br>*Defendants*. | Case No.: 6:25-cv-01491-DCJ-DJA<br><br>Judge David C. Joseph<br><br>Magistrate Judge David J. Ayo |

**[PROPOSED] ORDER GRANTING PLAINTIFFS STATE OF LOUISIANA AND ROSALIE MARKEZICH'S MOTION FOR PRELIMINARY RELIEF UNDER 5 U.S.C. § 705**

For the reasons set forth in the Memorandum Opinion, the Court enters the following ORDER:

IT IS ORDERED that Plaintiffs' Motion for preliminary relief under 5 U.S.C. § 705 [Doc. No. __] is GRANTED.

IT IS THEREFORE ORDERED under 5 U.S.C. § 705 that the effective date of the U.S. Food and Drug Administration's 2023 Risk Evaluation and Mitigation Strategy for mifepristone (the 2023 REMS), described in the accompanying Opinion, is STAYED or POSTPONED pending judicial review and while this case proceeds, to ensure that the "in-person dispensing requirements, and FDA's obligation to enforce them, will continue to apply," *All. for Hippocratic Med. v. FDA*, 78 F.4th 210, 254 (5th Cir. 2023), *rev'd and remanded on other grounds*, 602 U.S. 367 (2024).

IT IS FURTHER ORDERED in the alternative that this Court issues a preliminary injunction ordering Defendants to WITHDRAW or SUSPEND the 2023 REMS and to restore the in-person dispensing requirement while this case proceeds. This Order applies to Defendants, including their employees, agents, successors, and all persons in active concert or participation with them.

IT IS FURTHER ORDERED that this Order shall become effective immediately and shall remain in effect, pending the final resolution of this case or until further orders of this Court, the United States Court of Appeals for the Fifth Circuit, or the United States Supreme Court.

SO ORDERED on this, the ___ day of _____, 2026.

_____
Judge David C. Joseph
U.S. District Court for the Western District of Louisiana

1