UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, by and through its Attorney General, LIZ MURRILL, and ROSALIE MARKEZICH,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION, *et al.*,<br><br>Defendants. | Civ. No.: 6:25-cv-01491<br>Judge: David C. Joseph<br>Mag. Judge: David J. Ayo |

**NOTICE OF INTENT TO MOVE TO INTERVENE**

Undersigned counsel for Danco Laboratories, LLC (Danco) hereby submits this notice of intent to move to intervene under Federal Rule of Civil Procedure 24 in the above-captioned matter. Danco manufactures and holds the New Drug Application for Mifeprex (mifepristone) Tablets, the brand-name drug that is at issue in Plaintiffs' suit challenging FDA's 2023 Risk Evaluation and Mitigation Strategy approval. The complaint was filed on October 6, 2025, and based on an unopposed extension request, the Defendants' response to the complaint is due on January 12, 2025. Plaintiffs filed a motion for a preliminary injunction yesterday, December 17, 2025. Danco intends to file a motion to intervene in this action, and, if the motion is granted, intends to oppose Plaintiffs' request for a preliminary injunction and any further requests by Plaintiffs for relief from this Court.

In light of the accelerated timeline initiated by Plaintiffs' preliminary injunction motion, Danco respectfully requests that the Court permit Danco to participate in the status conference set

for Friday, December 19, 2025 in order to align its anticipated intervention motion with the Court's schedule in a manner efficient for the parties and the Court.

Dated: December 18, 2025

Respectfully submitted,

*/s/ William Most*
William Most (La. Bar No. 36914)
Hope Phelps (La. Bar No. 37259)
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500 #9685
New Orleans, Louisiana 70170
Tel: (504) 509-5023
Fax: (504) 414-6400
william.most@gmail.com

Jessica L. Ellsworth*
Catherine E. Stetson*
Danielle Desaulniers Stempel*
Dana A. Raphael*
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
Tel: (202) 637-5600
jessica.ellsworth@hoganlovells.com

Delia Scoville*
HOGAN LOVELLS US LLP
125 High Street, Suite 2010
Boston, MA 02110

*pro hac vice forthcoming*

*Counsel for Danco Laboratories, LLC*