# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

THE STATE OF LOUISIANA, by and through its Attorney General, LIZ MURRILL, and ROSALIE MARKEZICH,

        Plaintiffs,

v.

U.S. FOOD AND DRUG ADMINISTRATION, *et al.*,

        Defendants.

Civ. No.: 6:25-cv-01491
Judge: David C. Joseph
Mag. Judge: David J. Ayo

**ORDER ON MOTION FOR PRO HAC VICE APPEARANCE**

Considering the Motion for Attorney Jessica L. Ellsworth to be admitted pro hac vice, IT IS ORDERED that the motion is GRANTED. Jessica L. Ellsworth shall be and is hereby admitted to the bar of this Court pro hac vice on behalf of Danco Laboratories, LLC in the above-described action.

        **IT IS SO ORDERED** on this _____ day of _____, 2025.

_____
JUDGE