# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, by and through its Attorney General, LIZ MURRILL, and ROSALIE MARKEZICH, | Case No.: 6:25-cv-01491-DCJ-DJA |
| *Plaintiffs*, | Judge David C. Joseph |
| v. | Magistrate Judge David J. Ayo |
| U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, | |
| *Defendants*. | |

## PLAINTIFFS STATE OF LOUISIANA AND ROSALIE MARKEZICH'S PROPOSED BRIEFING SCHEDULE

On December 17, 2025, the Court scheduled a Zoom conference for December 19, 2025, to discuss briefing deadlines regarding Plaintiffs' pending motion for preliminary relief. To facilitate the Court's consideration, Plaintiffs propose below a briefing schedule for that motion, which extends Defendants' default deadline by more than a week to accommodate the holidays. Plaintiffs also propose a briefing schedule regarding any motion to intervene filed by a non-party, so that the Court may resolve that issue in tandem with its resolution of the motion for preliminary relief.

**Motion for Preliminary Relief Briefing Schedule**

- January 9: Defendants' Opposition and Motion to Dismiss; Intervenor's Conditional Opposition and Motion to Dismiss.

- January 23: Plaintiffs' Reply and Opposition to Motion to Dismiss.

- January 30: Defendants' Reply in Support of Motion to Dismiss; Intervenor's Conditional Reply in Support of Motion to Dismiss.

**Motions for Intervention by Non-Parties:**

- December 31: Motion(s) to Intervene

- January 14: Plaintiffs' Opposition to Motion(s)

- January 21: Reply in Support of Motion(s) to Intervene

Respectfully submitted this 18th day of December, 2025.

<div style="column-count:2;">

*s/ Michael T. Johnson*
Michael T. Johnson (Lead)
 LA Bar No. 14401
JOHNSON, SIEBENEICHER & INGRAM
2757 Highway 28 East
Pineville, LA 71360
Telephone: (318) 484-3911
Facsimile: (318) 484-3585
mikejohnson@jslawfirm.com

*Counsel for Plaintiff Rosalie Markezich*

Erin M. Hawley
 WDLA Temp. Bar No. 918597
Erik C. Baptist
 WDLA Temp. Bar No. 918596
Julie Marie Blake
 WDLA Temp. Bar No. 918094
Frank W. Basgall
 WDLA Temp. Bar No. 918593
Gabriella M. McIntyre
 WDLA Temp. Bar No. 918594
Dalton A. Nichols
 WDLA Temp. Bar No. 918595
ALLIANCE DEFENDING FREEDOM 44180
Riverside Parkway
Lansdowne, VA 20176
Telephone: (571) 707-4655
ehawley@ADFlegal.org
ebaptist@ADFlegal.org
jblake@ADFlegal.org
fbasgall@ADFlegal.org
gmcintyre@ADFlegal.org
dnichols@ADFlegal.org

*Counsel for Plaintiffs State of Louisiana
and Rosalie Markezich*

*s/ Caitlin Huettemann*
LIZ MURRILL
 Attorney General
J. Benjamin Aguiñaga*
 Solicitor General
Caitlin Huettemann (Lead)
 Assistant Solicitor General
 LA Bar No. 40402
OFFICE OF THE LOUISIANA
ATTORNEY GENERAL
1885 N. Third Street
Baton Rouge, LA 70804
Telephone: (225) 326-6766
AguinagaB@ag.louisiana.gov
HuettemannC@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*

*pro hac vice pending

</div>