UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION, *et al.*,<br><br>*Defendants*. | Civil Action No. 6:25-cv-01491<br><br>Judge: David C. Joseph<br><br>Mag. Judge: David J. Ayo |

### GENBIOPRO, INC.'S NOTICE OF INTENT TO MOVE TO INTERVENE

Undersigned counsel for GenBioPro, Inc. (GenBioPro) hereby submits this notice of intent to move to intervene pursuant to Federal Rule of Civil Procedure 24 in the above-captioned matter. GenBioPro markets a generic version of the drug mifepristone. Mifepristone is the drug at issue in Plaintiffs' suit challenging FDA's 2023 Risk Evaluation and Mitigation Strategy approval. Plaintiffs' complaint was filed on October 6, 2025, and, based on an unopposed extension request, the Defendants' response to the complaint is due on January 12, 2025. Plaintiffs filed a motion for preliminary injunctive relief yesterday, December 17, 2025. GenBioPro intends to file a motion to intervene and, if the motion is granted, will oppose Plaintiffs' request for preliminary injunctive relief and any further requests by Plaintiffs for relief from this Court.

In light of the accelerated timeline initiated by Plaintiffs' motion for preliminary injunctive relief, GenBioPro respectfully requests that the Court permit GenBioPro to participate in the status conference set for 9:30 a.m. on Friday, December 19, 2025 in order to align its anticipated intervention motion with the Court's schedule in a manner efficient for the parties and the Court.

Dated: December 18, 2025

Skye L. Perryman*
Carrie Y. Flaxman*
Lisa Newman*
DEMOCRACY FORWARD
FOUNDATION
P.O. Box 34553,
Washington, DC 20043
Tel: (202) 448-9090
sperryman@democracyforward.org
cflaxman@democracyforward.org
lnewman@democracyforward.org

Respectfully submitted,

/s/ *John Adcock*

John Adcock
Adcock Law LLC
Louisiana Bar No. 30372
8131 Oak Street, Ste 100
New Orleans, LA 70118
T: (504) 233-3125
F: (504) 308-1266
Email: jnadcock@gmail.com

Daphne O'Connor*
Robert J. Katerberg*
ARNOLD & PORTER
  KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, DC 20001-3743
Telephone: (202) 942-5000
Fax: (202) 942-5999
Email: daphne.oconnor@arnoldporter.com
robert.katerberg@arnoldporter.com

* *pro hac vice application forthcoming*

*Counsel for GenBioPro, Inc.*