# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **STATE LOUISIANA ET AL** | **CASE NO. 6:25-CV-01491** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **U S FOOD & DRUG ADMINISTRATION ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

## MINUTES OF COURT:
### Status Conference

| | | | |
|---|---|---|---|
| Date: | December 19, 2025 | Presiding: | Judge David C. Joseph |
| Court Opened: | 9:35 am | Courtroom Deputy: | Chrissy Craig |
| Court Adjourned: | 9:55 am | Court Reporter: | Zoom Recording |
| Statistical Time: | :20 | Courtroom: | Zoom Recording |

## APPEARANCES

| | | |
|---|---|---|
| Caitlin Ann Huettemann | For | Plaintiff |
| Erik C Baptist | For | Plaintiff |
| Gabriella M McIntyre | For | Plaintiff |
| J. Benjamin Aguiaga | For | Plaintiff |
| Michael T Johnson | For | Plaintiff |
| Noah T Katzen | For | Defendants |
| Jessica L. Ellsworth | For | Danco Laboratories, LLC |
| Aleks Sverldlove | For | Danco Laboratories, LLC |
| Hope Phelps | For | Danco Labratories, LLC |

## PROCEEDINGS

**RULINGS/COMMENTS:**

This case came before the Court on a Status Conference via Zoom to set the briefing schedule for the Motion for Preliminary Injunction [Doc. 20].

Danco Laboratories LLC's Motion to Participate in Status Conference [Doc. 23] is GRANTED.

GenBioPro's Motion to Participate in Status Conference [Doc. 26] is DENIED as late-filed.

After discussion with the parties, the following briefing scheduling is ORDERED:

The Government's response to the Motion for Preliminary Injunction, along with the Government's Answer and any Rule 12 motion, shall be filed no later than January 23, 2026.

All motions to intervene and any conditional responses to the Motion for Preliminary Injunction by the proposed intervenors shall be filed no later than January 30, 2026.

Plaintiffs' Reply to the Defendants' response to the Preliminary Injunction Motion, as well as any response to any motion filed by Defendants and any responses by Plaintiffs or Defendants to any motions to intervene and conditional responses of the intervenors to the Preliminary Injunction Motion shall be filed no later than February 13, 2025.

The Defendants' Reply in support of any Rule 12 or other motion shall be filed no later than February 20, 2026.

A hearing is set for February 24, 2026, at 10:00 am in Courtroom 1, Lafayette, before Judge David Joseph regarding the Motion for Preliminary Injunction [Doc. 20].