UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, by and through its Attorney General, LIZ MURRILL, and ROSALIE MARKEZICH, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. FOOD AND DRUG ADMINISTRATION, et al. <br><br> *Defendants*. | Civ. No.: 6:25-cv-01491 <br><br> Judge: David C. Joseph <br><br> Mag. Judge: David J. Ayo |

**PLAINTIFF ROSALIE MARKEZICH'S MOTION
FOR SUBSTITUTION OF LEAD ATTORNEY**

Plaintiff Rosalie Markezich respectfully requests that the Court permit her to substitute Erik C. Baptist as Lead Attorney. The attorney currently designated as Lead Attorney is Michael T. Johnson. Mr. Johnson consents to this Motion. Michael T. Johnson will continue to represent Rosalie Markezich.

Attorney Erik C. Baptist is admitted pro hac vice in this Court and is willing to serve as Lead Attorney for Rosalie Markezich in this matter.

THEREFORE, Rosalie Markezich requests that this Court grant her motion and enter Erik C. Baptist as Lead Attorney for her.

Respectfully submitted this 19th day of December, 2025.

*s/ Michael T. Johnson*
Michael T. Johnson (Lead)
  LA Bar No. 14401
JOHNSON, SIEBENEICHER & INGRAM
2757 Highway 28 East
Pineville, LA 71360
Telephone: (318) 484-3911
Facsimile: (318) 484-3585
mikejohnson@jslawfirm.com

*Counsel for Plaintiff Rosalie Markezich*

*/s/ Erik C. Baptist*
Erik C. Baptist
  WDLA Temp. Bar No. 918596
Erin M. Hawley
  WDLA Temp. Bar No. 918597
Julie Marie Blake
  WDLA Temp. Bar No. 918094
Frank W. Basgall
  WDLA Temp. Bar No. 918593
Gabriella M. McIntyre
  WDLA Temp. Bar No. 918594
Dalton A. Nichols
  WDLA Temp. Bar No. 918595
ALLIANCE DEFENDING FREEDOM
44180 Riverside Parkway
Lansdowne, VA 20176
Telephone: (571) 707-4655
ehawley@ADFlegal.org
ebaptist@ADFlegal.org
jblake@ADFlegal.org
fbasgall@ADFlegal.org
gmcintyre@ADFlegal.org
dnichols@ADFlegal.org

*Counsel for Plaintiffs State of Louisiana and Rosalie Markezich*