## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

THE STATE OF LOUISIANA,
by and through its Attorney General,
LIZ MURRILL, and ROSALIE
MARKEZICH,

*Plaintiffs*,

v.

U.S. FOOD AND DRUG
ADMINISTRATION, et al.

*Defendants.*

Civ. No.: 6:25-cv-01491

Judge: David C. Joseph

Mag. Judge: David J. Ayo

## ORDER ON ROSALIE MARKEZICH'S
## MOTION FOR SUBSTITUTION OF LEAD ATTORNEY

Upon Plaintiff Rosalie Markezich's Motion for Substitution of Lead Attorney,

IT IS ORDERED that Plaintiff Rosalie Markezich's motion to substitute Erik C. Baptist for Michael T. Johnson as Lead Attorney is GRANTED.

Erik C. Baptist is now Lead Attorney for Rosalie Markezich.


SO ORDERED on this, the 23rd day of December, 2025.


David J. Ayo
United States Magistrate Judge