**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| THE STATE OF LOUISIANA, by and through its Attorney General, LIZ MURRILL, and ROSALIE MARKEZICH, <br><br> PLAINTIFFS, <br><br> v. <br><br> U.S. FOOD AND DRUG ADMINISTRATION, et al. <br><br> DEFENDANTS. | Civ. No.: 6:25-cv-01491 <br><br> Judge: David C. Joseph <br><br> Mag. Judge: David J. Ayo |

**JOINT MOTION AND NOTICE OF STIPULATION REGARDING AMICUS CURIAE BRIEFS, ANSWER DEADLINE, AND BRIEFING SCHEDULE**

Plaintiffs the State of Louisiana and Rosalie Markezich and Defendants U.S. Food and Drug Administration, *et al.* (collectively, the "Parties"), by and through their undersigned counsel, respectfully move and state as follows:

1. The Court ordered Defendants to file their brief in opposition to Plaintiffs' Motion for Preliminary Relief (ECF 20) on or before January 23, 2026, and that Plaintiffs file their reply brief in support of their Motion for Preliminary Relief on or before February 13, 2026.

2. The parties anticipate that non-parties may seek the Court's leave to file briefs as *amicus curiae* in connection with Plaintiffs' Motion for Preliminary Relief.

3. The parties therefore propose that any amicus briefs in support of Plaintiffs be due no later than February 13, 2026, and that any amicus briefs in support of Defendants be due no later than February 20, 2026.

4. The parties consent to the filing of amicus briefs and that any amici need not seek the specific consent of either Plaintiffs or Defendants before seeking leave of the Court.

5. The parties further propose that Defendants' deadline to answer or respond to the Complaint be stayed pending the Court's resolution of Plaintiffs' Motion for Preliminary Relief. The parties will propose a new answer or response deadline within two weeks of this Court's ruling on Plaintiffs' Motion.

6. Consistent with the parties' stipulation to suspend Defendants' answer deadline, the parties propose that the Court modify the existing briefing schedule as suggested below, which keeps the February 24 hearing date and completes briefing by February 17:

Defendants' PI opposition/motion to stay: January 27

Intervenors' motions/conditional response: February 3

Plaintiffs' PI reply/stay opposition/intervention opposition: February 17

Hearing: February 24

7. Nothing in this Joint Motion and Stipulation shall be construed as a waiver of any party's right to respond to, address, or otherwise contest the substance of any amicus curiae brief filed with leave of Court.

| | |
|---|---|
| Dated: January 16, 2026 | Respectfully submitted, |
| | |
| *s/ Erik C. Baptist* | *s/ Caitlin Huettemann* |
| Erin M. Hawley | LIZ MURRILL |
|  Temp. LA Bar No. 918497 |   Attorney General |
| Erik C. Baptist (Lead) | J. Benjamin Aguiñaga |
|  Temp. LA Bar No. 918496 |   Solicitor General (pro hac) |
| Julie Marie Blake | Caitlin Huettemann (Lead) |
|  Temp. LA Bar No. 918492 |   Assistant Solicitor General |
| Frank W. Basgall |   LA Bar No. 40402 |
|  Temp. LA Bar No. 918493 | OFFICE OF THE LOUISIANA |
| Gabriella M. McIntyre | ATTORNEY GENERAL |
|  Temp. LA Bar No. 918494 | 1885 N. Third Street |
| Dalton A. Nichols | Baton Rouge, LA 70804 |
|  Temp. LA Bar No. 918495 | (225) 326-6766 |
| ALLIANCE DEFENDING FREEDOM | AguinagaB@ag.louisiana.gov |
| 44180 Riverside Parkway | HuettemannC@ag.louisiana.gov |
| Lansdowne, VA 20176 | |
| (571) 707-4655 | *Counsel for Plaintiff State of Louisiana* |
| ehawley@adflegal.org | |
| ebaptist@adflegal.org | BRETT A. SHUMATE |
| jblake@adflegal.org | Assistant Attorney General |
| fbasgall@adflegal.org | |
| gmcintyre@adflegal.org | JAMES W. HARLOW |
| dnichols@adflegal.org | Acting Assistant Director |
| | |
| *Counsel for Plaintiffs State of Louisiana and Rosalie Markezich* | */s/ Noah T. Katzen* |
| | NOAH T. KATZEN |
| | Trial Attorney |
| Michael T. Johnson | Federal Programs Branch |
| LA Bar No. 14401 | Civil Division |
| Johnson, Siebeneicher & Ingram | U.S. Department of Justice |
| 2757 Highway 28 East | 1100 L St., NW |
| Pineville, Louisiana 71360 | Washington, DC 20005 |
| Telephone: (318) 484-3911 | 202-305-2428 |
| Facsimile: (318) 484-3585 | Noah.T.Katzen@usdoj.gov |
| mikejohnson@jslawfirm.com | |
| | *Counsel for Defendants* |
| *Counsel for Plaintiff Rosalie Markezich* | |

3