# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, by and through its Attorney General, LIZ MURRILL, and ROSALIE MARKEZICH, <br><br> PLAINTIFFS, <br><br> v. <br><br> U.S. FOOD AND DRUG ADMINISTRATION, et al. <br><br> DEFENDANTS. | Civil No.: 6:25-cv-01491 <br><br> Judge David C. Joseph <br><br> Mag. Judge: David J. Ayo |

## ORDER REGARDING JOINT MOTION AND NOTICE OF STIPULATION REGARDING AMICUS CURIAE BRIEFS, ANSWER DEADLINE, AND BRIEFING SCHEDULE

After consideration of the parties' Joint Motion and Notice of Stipulation Regarding Amicus Curiae Briefs, Answer Deadline and Briefing Schedule, the Court grants the Motion and IT IS ORDERED that:

1. Any amicus briefs in support of Plaintiffs are due no later than February 13, 2026, and any amicus briefs in support of Defendants are due no later than February 20, 2026.

2. The parties consent to the filing of amicus briefs and any amici need not seek the specific consent of either Plaintiffs or Defendants before seeking leave of the Court.

3. Defendants' deadline to answer or respond to the Complaint is stayed pending the Court's resolution of Plaintiffs' Motion for Preliminary Relief. The parties will propose a new answer or response deadline within two weeks of this Court's ruling on Plaintiffs' Motion.

4. Consistent with the parties' stipulation to suspend Defendants' answer deadline, the existing briefing schedule is revised as follows:

    a. Defendants' opposition to Plaintiffs' Motion for Preliminary Relief or Motion to Stay: January 27, 2026

    b. Intervenors' motions and conditional response to Plaintiffs' Motion for Preliminary Relief: February 3, 2026

    c. Plaintiffs' Reply in Support of their Motion for Preliminary Relief, Response to Motion to Stay, and Response to Motion to Intervene: February 17, 2026

5. The hearing date is unchanged and remains scheduled for February 24, 2026 at 10:00 a.m.

6. Nothing in the Joint Motion and Stipulation shall be construed as a waiver of any party's right to respond to, address, or otherwise contest the substance of any amicus curiae brief filed with leave of Court.

THUS DONE AND SIGNED in Chambers on this 20th day of January, 2026.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE