# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, <br><br> *Defendants.* | No. 6:25-cv-01491-DCJ-DJA |

## DEFENDANTS' MOTION TO STAY THE CASE

Defendants respectfully move that this Court stay all proceedings in this matter pursuant to its inherent authority while the U.S. Food and Drug Administration reviews the mifepristone Risk Evaluation and Mitigation Strategy. The grounds for this motion are fully set forth in the accompanying memorandum of law. If the Court grants this motion, Defendants will file a status report within 14 days of any decision concerning whether modifications to the REMS are necessary.

January 27, 2026                                    Respectfully submitted,

                                                    BRETT A. SHUMATE
                                                    Assistant Attorney General

                                                    JAMES W. HARLOW
                                                    Acting Assistant Director

                                                    */s/ Noah T. Katzen*
                                                    NOAH T. KATZEN
                                                    Trial Attorney
                                                    Federal Programs Branch
                                                    Civil Division

        U.S. Department of Justice
        1100 L St., NW
        Washington, DC 20005
        202-305-2428
        Noah.T.Katzen@usdoj.gov

        *Counsel for Defendants*

**CERTIFICATE OF CONFERENCE**

I hereby certify that, pursuant to Local Rule 7.4.1, counsel conferred in good faith regarding the relief sought in this motion. Plaintiffs oppose this motion. One of the parties that has given notice of intent to intervene, Danco Laboratories, reports through counsel that "Danco will respond to the Federal Defendants' motion to stay as part of its own forthcoming motion to intervene, after Danco has had an opportunity to review Federal Defendants' filing." The other party that has given notice of intent to intervene, GenBioPro, likewise has advised through counsel "that it will need to review the Government's motion to determine what position, if any, it takes on the requested stay, and will address that issue in its upcoming motion to intervene."

<em><u>/s/ Noah T. Katzen</u></em><br>
Noah T. Katzen