IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

THE STATE OF LOUISIANA, *et al.*,

    *Plaintiffs*,

v.

U.S. FOOD AND DRUG
ADMINISTRATION, *et al.*,

    *Defendants*.

No. 6:25-cv-01491-DCJ-DJA

**[proposed] ORDER GRANTING DEFENDANTS' MOTION TO STAY THE CASE**

Before the Court is Defendants' Motion to Stay the Case. Having reviewed the Motion, the Court finds good cause to exercise its inherent authority to stay this matter pending the completion of agency proceedings. Those proceedings may result in an agency decision that will supersede the decision Plaintiffs ask this Court to review. Furthermore, judicial review at this time may disrupt the administrative process. And finally, Plaintiffs will not be prejudiced by deferring review until agency proceedings are completed.

Accordingly, the motion is **GRANTED** and the case is **STAYED** pending further order of the Court. Defendants **SHALL FILE** a status report within fourteen (14) days of determining whether a modification to the mifepristone Risk Evaluation and Mitigation Strategy is necessary.

SO ORDERED.

_____                              _____
Date                                                Hon. David C. Joseph
                                                    United States District Court Judge


                                                    _____
                                                    Hon. David J. Ayo
                                                    United States Magistrate Judge