# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, by and through its Attorney General, LIZ MURRILL, and ROSALIE MARKEZICH,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION, *et al.*,<br><br>　　　　　　　　　　　Defendants. | Civ. No.: 6:25-cv-01491<br>Judge: David C. Joseph<br>Mag. Judge: David J. Ayo |

## DANCO LABORATORIES, LLC'S MOTION TO DISMISS

Danco Laboratories, LLC (Danco) moves to dismiss Plaintiffs' complaint under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure for lack or subject-matter jurisdiction or, in the alternative, for failure to state a claim upon which relief can be granted. In support of this motion, Dano relies on the accompanying memorandum of law.

Dated: February 3, 2026								Respectfully submitted,

									*/s/ Jessica L. Ellsworth*
									William Most
									MOST & ASSOCIATES
									201 St. Charles Ave., Ste. 2500 #968
									New Orleans, Louisiana 70170
									Tel: (504) 509-5023
									Fax: (504) 414-6400
									william.most@gmail.com

									Jessica L. Ellsworth*
									Alexander V. Sverdlov*
									Danielle Desaulniers Stempel*
									Dana Raphael*
									HOGAN LOVELLS US LLP
									555 Thirteenth Street, NW
									Washington, D.C. 20004
									Tel:  (202) 637-5600
									jessica.ellsworth@hoganlovells.com

									*admitted *pro hac vice*

									*Counsel for Danco Laboratories, LLC*

2