UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, by and through its Attorney General, LIZ MURRILL, and ROSALIE MARKEZICH,<br><br>        Plaintiffs,<br><br>   v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION, *et al.*,<br><br>        Defendants. | Civ. No.: 6:25-cv-01491<br>Judge: David C. Joseph<br>Mag. Judge: David J. Ayo |

**[PROPOSED] ORDER ON DANCO LABORATORIES, LLC'S MOTION TO INTERVENE**

  Before the Court is Danco Laboratories, LLC's motion to intervene in this matter. Having the reviewed the motion and all relevant papers, and upon due deliberation, it is hereby ORDERED that the motion is GRANTED.

  Danco Laboratories, LLC shall be added as an Intervenor-Defendant in this matter pursuant to Rule 24(a) of the Federal Rules of Civil Procedure.

  SO ORDERED.


Dated: _____	        _____
                            David C. Joseph
                            United States District Judge