**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION**

| | |
|---|---|
| THE STATE OF LOUISIANA, by and through its Attorney General, LIZ MURRILL, and ROSALIE MARKEZICH,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION, *et al.*,<br><br>*Defendants.* | Civil Action No. 6:25-cv-01491<br><br>Judge: David C. Joseph<br><br>Mag. Judge: David J. Ayo |

**DECLARATION OF ROBERT J. KATERBERG IN SUPPORT OF PROPOSED INTERVENOR GENBIOPRO, INC.'S CONDITIONAL MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY RELIEF**

I, Robert J. Katerberg, declare, as follows:

1. I am a partner at the firm Arnold & Porter Kaye Scholer LLP and counsel for GenBioPro, Inc. ("GenBioPro"), a proposed intervenor in the above-captioned litigation. I am admitted to practice in the District of Columbia and have been permitted to appear pro hac vice on behalf of GenBioPro in this matter. ECF 32. I submit this declaration in support of GenBioPro's Conditional Memorandum in Opposition to Plaintiffs' Motion for Preliminary Relief.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Defendant U.S. Food and Drug Administration's ("FDA's") 2023 Risk Evaluation Mitigation Strategy (REMS) Single Shared System for Mifepristone 200 MG, published March 2023.

3. Attached hereto as **Exhibit B** is a true and correct copy of a Citizen Petition that GenBioPro submitted to FDA on July 3, 2025, which FDA accepted on July 7, 2025, and to which it assigned docket number FDA-2025-P-2162.

1

4. Attached hereto as **Exhibits B-1–B-9** are the nine volumes of appendices to GenBioPro's July 3, 2025 Citizen Petition, docket number FDA-2025-P-2162.

5. Attached hereto as **Exhibit C** is a true and correct copy of FDA's January 16, 2026 response denying a citizen petition filed by the American Association of Pro-Life Obstetricians and Gynecologists, American College of Pediatricians, Christian Medical & Dental Associations, and Catholic Medical Association, to which FDA assigned docket number FDA-2025-P-3288.

6. Attached hereto as **Exhibit D** is a true and correct copy of FDA's December 17, 2025 interim response to GenBioPro's July 3, 2025 Citizen Petition, docket number FDA-2025-P-2162.

7. Attached hereto as **Exhibit E** is a true and correct copy of an article by Sophie Dilek, *et al.*, titled "The US Food and Drug Administration's Regulation of Mifepristone," published in The Journal of the American Medical Association (JAMA) on January 12, 2026.

8. Attached hereto as **Exhibit F** is a true and correct copy of the August 27, 2025 Comment submitted by the UCLA Law Center for Reproductive Health, Law, and Policy and UCSF Advancing New Standards in Reproductive Health on behalf of 263 reproductive health researchers in support of GenBioPro's Citizen Petition, docket number FDA-2025-P-2162.

9. Attached hereto as **Exhibit G** is a true and correct copy of the April 14, 2023 Declaration of Janet Woodcock, M.D., Principal Deputy Commissioner, FDA, submitted in support of the Federal Petitioners' Application for a Stay in the U.S. Supreme Court case captioned *FDA v. Alliance for Hippocratic Medicine*, No. 22A902 (U.S. Apr. 14, 2023).

10. Attached hereto as **Exhibit H** is a true and correct copy of a citizen petition submitted by the American College of Obstetricians and Gynecologists, Society of Family

Planning, and Society for Maternal-Fetal Medicine to FDA on January 21, 2025, which FDA accepted on February 4, 2025, and to which it assigned docket number FDA-2025-P-0377.

11. Attached hereto as **Exhibit I** is a true and correct copy of the October 6, 2025 Comment submitted by Lee Hasselbacher, JD, Department of Family Medicine, University of Chicago, and Debra Stulberg, MD, MAPP, Department of Family Medicine, University of Chicago in support of GenBioPro's Citizen Petition, docket number FDA-2025-P-2162.

12. Attached hereto as **Exhibit J** is a true and correct copy of the January 27, 2026 Comment submitted by Boston University School of Law's Program on Reproductive Justice, Immigrants' Rights and Human Trafficking Program, and the Racial Justice and Movement Lawyering Clinic in support of GenBioPro's Citizen Petition, docket number FDA-2025-P-2162.

13. Attached hereto as **Exhibit K** is a true and correct copy of the December 3, 2025 Comment submitted by Legal Voice, Family Violence Appellate Project, Sexual Violence Law Center, and Washington State Coalition Against Domestic Violence in support of GenBioPro's Citizen Petition, docket number FDA-2025-P-2162.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge, information, and belief.

Dated: February 3, 2026  /s/ *Robert J. Katerberg*
Robert J. Katerberg
WDLA Temp. Bar No. 918627