GenBioPro has conferred with the existing parties regarding their positions on this motion. Plaintiffs oppose intervention and Defendants take no position on intervention.

For the foregoing reasons, and those set forth in the accompanying Memorandum of Law, GenBioPro respectfully requests that the Court grant its motion to intervene as a defendant in this action.

| | |
|---|---|
| Dated: February 3, 2026 | Respectfully submitted, |
| | /s/ *Robert J. Katerberg* |
| Skye L. Perryman | Robert J. Katerberg |
| WDLA Temp. Bar No. 918774 | WDLA Temp. Bar No. 918627 |
| Carrie Y. Flaxman | Daphne O'Connor |
| WDLA Temp. Bar No. 918135 | WDLA Temp. Bar No. 918772 |
| Lisa Newman | ARNOLD & PORTER |
| WDLA Temp. Bar No. 918773 |   KAYE SCHOLER LLP |
| DEMOCRACY FORWARD | 601 Massachusetts Avenue, N.W. |
|   FOUNDATION | Washington, D.C. 20001 |
| P.O. Box 34553, | Tel: (202) 942-5000 |
| Washington, DC 20043 | daphne.oconnor@arnoldporter.com |
| Tel: (202) 448-9090 | robert.katerberg@arnoldporter.com |
| sperryman@democracyforward.org | |
| cflaxman@democracyforward.org | /s/ *John Adcock* |
| lnewman@democracyforward.org | John Adcock |
| | ADCOCK LAW LLC |
| | Louisiana Bar No. 30372 |
| | 8131 Oak Street, Ste 100 |
| | New Orleans, LA 70118 |
| | Tel: (504) 233-3125 |
| | Fax: (504) 308-1266 |
| | jnadcock@gmail.com |
| | |
| | *Counsel for Proposed Intervenor-Defendant GenBioPro, Inc.* |