Dated: February 3, 2026                                  Respectfully submitted,

                                                         /s/ *Robert J. Katerberg*

Skye L. Perryman                                         Robert J. Katerberg
WDLA Temp. Bar No. 918774                                WDLA Temp. Bar No. 918627
Carrie Y. Flaxman                                        Daphne O'Connor
WDLA Temp. Bar No. 918135                                WDLA Temp. Bar No. 918772
Lisa Newman                                              ARNOLD & PORTER
WDLA Temp. Bar No. 918773                                  KAYE SCHOLER LLP
DEMOCRACY FORWARD                                        601 Massachusetts Avenue NW
  FOUNDATION                                             Washington, DC 20001-3743
P.O. Box 34553                                           Tel: (202) 942-5000
Washington, DC 20043                                     Fax: (202) 942-5999
Tel: (202) 448-9090                                      Email: daphne.oconnor@arnoldporter.com
sperryman@democracyforward.org                           robert.katerberg@arnoldporter.com
cflaxman@democracyforward.org
lnewman@democracyforward.org                             /s/ *John Adcock*

                                                         John Adcock
                                                         ADCOCK LAW LLC
                                                         Louisiana Bar No. 30372
                                                         8131 Oak Street, Ste 100
                                                         New Orleans, LA 70118
                                                         Tel:  (504) 233-3125
                                                         Fax:  (504) 308-1266
                                                         jnadcock@gmail.com

                                                         *Counsel for Proposed Intervenor-Defendant GenBioPro, Inc.*