violate the Comstock Act. Because the issues raised by Plaintiffs in Count Two are purely legal, the administrative record is unnecessary for resolution of this claim.

For the foregoing reasons, and those set forth in GenBioPro's Opposition, the Court should dismiss Plaintiffs' Complaint under Rules 12(b)(1) and 12(b)(6).

Dated: February 3, 2026

Skye L. Perryman
WDLA Temp. Bar No. 918774
Carrie Y. Flaxman
WDLA Temp. Bar No. 918135
Lisa Newman
WDLA Temp. Bar No. 918773
DEMOCRACY FORWARD
  FOUNDATION
P.O. Box 34553,
Washington, DC 20043
Tel: (202) 448-9090
sperryman@democracyforward.org
cflaxman@democracyforward.org
lnewman@democracyforward.org

Respectfully submitted,

/s/ *Robert J. Katerberg*
Robert J. Katerberg
WDLA Temp. Bar No. 918627
Daphne O'Connor
WDLA Temp. Bar No. 918772
ARNOLD & PORTER
  KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Tel: (202) 942-5000
daphne.oconnor@arnoldporter.com
robert.katerberg@arnoldporter.com

/s/ *John Adcock*
John Adcock
ADCOCK LAW LLC
Louisiana Bar No. 30372
8131 Oak Street, Ste 100
New Orleans, LA 70118
Tel:  (504) 233-3125
Fax:  (504) 308-1266
jnadcock@gmail.com

*Counsel for Proposed Intervenor-Defendant GenBioPro, Inc.*