However, Danco respectfully submits that, in the absence of Article III jurisdiction, the more prudent course is to dismiss the action. The action should also be dismissed, and preliminary relief denied, for several other reasons that are detailed in Danco's motion to dismiss and opposition to preliminary relief. *See* Exhibit D.

Dated: February 3, 2026

Respectfully submitted,

*/s/ William Most*
William Most
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500 #968
New Orleans, Louisiana 70170
Tel: (504) 509-5023
william.most@gmail.com

*/s/ Jessica L. Ellsworth*
Jessica L. Ellsworth*
Alexander V. Sverdlov*
Danielle Desaulniers Stempel*
Dana Raphael*
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
Tel: (202) 637-5600
jessica.ellsworth@hoganlovells.com

*admitted *pro hac vice*

*Counsel for Danco Laboratories, LLC*