UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, by and through its Attorney General, LIZ MURRILL, and ROSALIE MARKEZICH <br> Plaintiffs | Case No.   6:25-cv-01491 |
| VS. | Judge   David C. Joseph |
| U.S. FOOD AND DRUG ADMINISTRATION, et al. <br> Defendant | Magistrate Judge   David J. Ayo |

**ORDER**

IT IS ORDERED that Martin Edward Whelan III be and is hereby admitted to the bar of this Court pro hac vice on behalf of amicus Ethics and Public Policy Center in the above-described action.

SO ORDERED on this, the  6th  day of  Feb. , 20 26 .

_____
U.S. Magistrate Judge