**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| THE STATE OF LOUISIANA, by and through its Attorney General, LIZ MURRILL, and ROSALIE MARKEZICH,<br><br>PLAINTIFFS,<br><br>v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION, et al.<br><br>DEFENDANTS. | Civ. No.: 6:25-cv-01491<br><br>Judge: David C. Joseph<br><br>Mag. Judge: David J. Ayo |

**UNOPPOSED MOTION TO COMBINE BRIEFS AND SET PAGE LIMIT**

Plaintiffs, the State of Louisiana and Rosalie Markezich, by and through their undersigned counsel, respectfully request that the Court enter an order permitting them to file one brief for all pending motions and that the brief be limited to thirty pages. In support of this motion, Plaintiffs state:

1. There are several motions pending before the Court. First, Plaintiffs filed a motion for preliminary relief (ECF No. 20). Second, Defendants filed a motion to stay the case (ECF No. 50). Third, Danco and GenBioPro filed motions to intervene (ECF Nos. 52, 54).

2. Defendants filed an opposition to Plaintiffs' motion for preliminary relief (ECF No. 51) and Danco and GenBioPro each filed contingent responses opposing Plaintiffs' motion (ECF Nos. 52-4, 54-4).

3. Plaintiffs' deadline to file their reply in support of their motion for preliminary relief is February 17, 2026. Their deadline to respond to Defendants' motion to stay and to Danco's and GenBioPro's motions to intervene is also February 17, 2026 (ECF No. 39).

4. Plaintiffs request that the Court enter an order permitting Plaintiffs to file a single, combined brief (1) in reply in support of its motion for preliminary relief; (2) in opposition to

1

Defendants' motion to stay; and (3) in opposition to Danco's and GenBioPro's motions to intervene. Plaintiffs also request that the Court allow Plaintiffs thirty pages for their combined brief.

5. Thirty pages are necessary to address all pending motions, as well as Danco's and GenBioPro's contingent responses to Plaintiffs' motion for preliminary relief.

6. Defendants consent to this request.

CERTIFICATE OF CONFERENCE

Pursuant to LR7.4.1, counsel for the State of Louisiana conferred by email with counsel for Defendants. Defendants do not oppose the motion.

Dated: February 10, 2026

*s/ Erik C. Baptist*
Erin M. Hawley
 Temp. LA Bar No. 918497
Erik C. Baptist (Lead)
 Temp. LA Bar No. 918496
Julie Marie Blake
 Temp. LA Bar No. 918492
Frank W. Basgall
 Temp. LA Bar No. 918493
Gabriella M. McIntyre
 Temp. LA Bar No. 918494
Dalton A. Nichols
 Temp. LA Bar No. 918495
ALLIANCE DEFENDING FREEDOM
44180 Riverside Parkway
Lansdowne, VA 20176
(571) 707-4655
ehawley@adflegal.org
ebaptist@adflegal.org
jblake@adflegal.org
fbasgall@adflegal.org
gmcintyre@adflegal.org
dnichols@adflegal.org

*Counsel for Plaintiffs State of Louisiana and Rosalie Markezich*

Michael T. Johnson
LA Bar No. 14401

Respectfully submitted,

*s/ Caitlin Huettemann*
LIZ MURRILL
 Attorney General
J. Benjamin Aguiñaga
 Solicitor General
Caitlin Huettemann (Lead)
 Assistant Solicitor General
 LA Bar No. 40402
OFFICE OF THE LOUISIANA
ATTORNEY GENERAL
1885 N. Third Street
Baton Rouge, LA 70804
(225) 326-6766
AguinagaB@ag.louisiana.gov
HuettemannC@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*

2

Johnson, Siebeneicher & Ingram
2757 Highway 28 East
Pineville, Louisiana 71360
Telephone: (318) 484-3911
Facsimile: (318) 484-3585
mikejohnson@jslawfirm.com

*Counsel for Plaintiff Rosalie Markezich*