# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, BY AND THROUGH ITS ATTORNEY GENERAL, LIZ MURRILL, AND ROSALIE MARKEZICH,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION, ET AL.,<br><br>*Defendants*. | Civil Action No.: 6:25-cv-01491-DCJ-DJA<br><br>Judge David C. Joseph<br><br>Magistrate Judge David J. Ayo |

## ORDER

The Court having considered the Motion for Leave to File Brief for Family Research Council and Martha Shuping, M.D., as *Amici Curiae* Supporting Plaintiffs' Motion for Preliminary Relief [Rec 62], it is hereby **ORDERED** that the motion is **GRANTED**. The proposed brief that accompanied the motion shall be deemed to have been filed and served by ECF on the date of this Order.

**IT IS SO ORDERED**.

THUS, DONE AND SIGNED in Chambers this 11th day of February 2026.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE