# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, by and through its Attorney General, LIZ MURRILL, and ROSALIE MARKEZICH,<br><br>PLAINTIFFS,<br><br>v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION, et al.<br><br>DEFENDANTS. | Civ. No.: 6:25-cv-01491<br><br>Judge: David C. Joseph<br><br>Mag. Judge: David J. Ayo |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO COMBINE BRIEFS AND SET PAGE LIMIT

After consideration of Plaintiffs' Unopposed Motion to Combine Briefs and Set Page Limit, [Rec. 63], the Court grants the Motion and IT IS ORDERED that Plaintiffs may file one combined brief to address all pending motions. Plaintiffs' brief is limited to thirty pages.

THUS, DONE AND SIGNED in Chambers this 11th day of February, 2026.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE