# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

**STATE LOUISIANA ET AL**  **CASE NO.  6:25-CV-01491**

**VERSUS**  **JUDGE DAVID C. JOSEPH**

**U S FOOD & DRUG ADMINISTRATION ET AL**  **MAGISTRATE JUDGE DAVID J. AYO**

### NOTICE OF DEFICIENT DOCUMENT

**NOTICE TO FILER:**

The Motion to Appear Pro Hac Vice [69] filed on February 11, 2026, by Advancing American Freedom was DEFICIENT for the following reason(s):

- ✓ The above item requires a certificate of good standing **of recent date**. Please refer to LR83.2.6 for more specific requirements.

**Within three (3) days of receipt of this notice, please file a "corrective document" addressing the deficiency or deficiencies noted above, or the court may strike the document.**   All filing deadlines previously set remain in effect.   Issuance of this notice does not amount to an extension of any deadline; however, if, for good cause shown, additional time is needed to correct this filing, please contact the Clerk of Court's office.   **DO NOT file a motion** to extend the three-day deadline provided by this notice.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.