# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

THE STATE OF LOUISIANA, by and )
Through its Attorney General, Liz Murrill, )
And Rosalie Markezich, )
               *Plaintiffs*, )   Case No.
                                )   6:25-cv-01491-DCJ-DJA
v. )   Judge David C. Joseph
                                )   Magistrate Judge David J. Ayo
U.S. FOOD AND DRUG )
ADMINISTRATION, *et al.*, )
              *Defendants.* )

**Unopposed Motion and Memorandum Requesting Leave to File Brief on behalf of
*Amici Curiae:* Women Injured by Abortion, The Justice Foundation and its Center
Against Forced Abortions, and The National Association of Christian Lawmakers
In Support of Plaintiffs**

      **COMES NOW** *Amici* Women Injured By Abortion, The Justice Foundation (TJF), and its

Center Against Forced Abortions (CAFA) and the National Association of Christian Lawmakers

(NACL) and respectfully move that they be allowed to file an *amici curiae* brief (attached as

Exhibit 1), in Support of Plaintiffs' Motion for Stay, or in the Alternative, For Preliminary

Injunction.

1. In support of this Motion, *Amici* state as follows: the *Amici* – Women Injured By Abortion,
   The Justice Foundation (TJF), the Center Against Forced Abortions (CAFA) and the
   National Association of Christian Lawmakers (NACL) will each, separately, identify the
   appropriateness of allowing this *Amici* brief;

2. *Amici* Women Injured by Abortion are women who were injured by their own abortions.
   *Amici* Women Injured by Abortion suffered grievous psychological injuries, but many
   suffered severe physical complications as well. *Amici* Women thus have a profound interest
   in protecting other women from such injuries.

3. The Justice Foundation (TJF) is a non-profit, 501c(3), public interest law firm that has represented women harmed by abortion in different courts in this country, including the United States Supreme Court, for over 20 years;

The Justice Foundation has a long history of giving voice to women's abortion experience in significant national litigation, including the representation of 180 Women Hurt By Abortion and Sandra Cano, the original Plaintiff known as "Mary Doe" in *Doe v. Bolton*, the companion case to *Roe v. Wade* in *Gonzales v. Carhart*, 550 U.S. 124, at 159 (2007). The Supreme Court cited the Women's Testimonies in their brief on pp. 22-24 as support for this conclusion:

> "…*it seems unexceptionable to conclude some women come to regret their choice to abort the infant life they once created and sustained.* See Brief for Sandra Cano *et al.* as *Amici Curiae in No. 05-380, pp. 22-24. Severe depression and loss of esteem can follow." Gonzales v. Carhart* 550 U.S. 124, 159 (2007) . . . *Severe depression and loss of esteem can follow.*"

> Even Justice Ginsburg said: "*The Court is surely correct that, for most women, abortion is a* **difficult and painful decision.**" *Gonzales v. Carhart,* 550 U.S. 124, 183 n.7 *(Ginsburg, J., dissenting).*

4. The Justice Foundation stewards the world's largest collection of legally admissible documents demonstrating the harm of abortion to women in their own words. TJF can give the Court a perspective gained from years learning of the harm of abortion to women;

5. Center Against Forced Abortions: The Justice Foundation has now collected thousands of legally admissible affidavits, or declarations under penalty of perjury, from Women Injured By Abortion. As the testimonies were collected, it became clear that, once abortion was made legal and became widely accessible, one of the harms to women is that it allows others to force, coerce, or unduly pressure them into unwanted abortions;

6. The wide accessibility of abortion, increased through easy-access mail-order chemical abortion, directly increases the vulnerability of women and minor girls to exploitation;

7. The vulnerability of exploitation of women and minor girls to forced abortion spawned the Center Against Forced Abortions (CAFA). www.thejusticefoundation.org/CAFA. CAFA is uniquely postured to present to this Court a perspective not widely known;

8. The National Association of Christian Lawmakers: A 501(c)3 nonprofit organization with a mission to bring federal, state, and local lawmakers together in support of clear biblical principles by meeting regularly to discuss major issues and to propose model statutes, ordinances, and resolutions to address major policy concerns from a biblical worldview, whose Louisiana Chairman is State Senator Mark Abraham.

9. It is the understanding of undersigned counsel that the plaintiffs and defendants are agreeing to the filing of *amici briefs* and, thus, the need to present this request to counsel for Plaintiffs and Defendants is unnecessary.

WHEREFORE, Movants respectfully request that this Honorable Court grant leave for *Amici* to file the attached brief as *Amici Curiae*.

Respectfully submitted,

/s T. Houston Middleton, IV
T. Houston Middleton, IV
LA Bar Card No. 33281
TX Bar Card No. 24085753
hmiddleton@lundyllp.com
Local Counsel for *Amici*

Hunter W. Lundy
LA Bar Card No. 8938
MS Bar Card No. 1495
hlundy@lundyllp.com
Local Counsel for *Amici*

Lundy L.L.P.
501 Broad Street
Lake Charles, LA 70601
Telephone: (337) 439-0707
Facsimile: (337) 439-1029

Mary J. Browning
MO Bar Card No. 34633
m.jbrowning@outlook.com
Lead Counsel for *Amici*, Pro Hac Vice

Allan E. Parker
TX Bar Card No. 15505500
aparker@thejusticefoundation.org
Counsel for *Amici*, Pro Hac Vice

R. Clayton Trotter
TX Bar Card No. 20240500
info@thejusticefoundation.org
Counsel for *Amici*, Pro Hac Vice

The Justice Foundation
8023 Vantage Dr., Suite 1275
San Antonio, TX 78230
Telephone: (210) 614-7157
Facsimile: (210) 614-6656