# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, by and through its Attorney General, LIZ MURRILL, and ROSALIE MARKEZICH,<br><br>   *Plaintiffs*,<br> v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION, *et al.*,<br><br>   *Defendants*. | Case No. 6:25-CV-01491-DCJ-DJA<br><br>Judge David C. Joseph<br><br>Magistrate Judge David J. Ayo |

## NOTICE OF APPEARANCE OF JOSEPH SCOTT ST. JOHN

PLEASE TAKE NOTICE that the undersigned counsel hereby appears as counsel for prospective amici 60 Members of Congress.

                /s/ Joseph Scott St. John
                Joseph Scott St. John (LSB 36682)
                ST. JOHN LLC
                1701 Jefferson Avenue
                New Orleans, LA 70115
                (410) 212-3475
                scott@stjohnlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participating attorneys.

Dated this 13th day of February, 2026.

/s/ J. Scott St. John
J. Scott St. John
