## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | | | |
|---|---|---|---|
| THE STATE OF LOUISIANA, by and | ) | | |
| Through its Attorney General, Liz Murrill, | ) And Rosalie Markezich, | ) | |
| *Plaintiffs*, | ) | Case No. | |
| | ) | 6:25-cv-01491-DCJ-DJA | |
| v. | ) | Judge David C. Joseph | |
| | ) | Magistrate Judge David J. Ayo | |
| U.S. FOOD AND DRUG | ) | | |
| ADMINISTRATION, *et al.*, | ) | | |
| *Defendants*. | ) | | |

### *AMICI CURIAE* BRIEF OF WOMEN INJURED BY ABORTION, THE JUSTICE FOUNDATION AND ITS CENTER AGAINST FORCED ABORTIONS, AND THE NATIONAL ASSOCIATION OF CHRISTIAN LAWMAKERS IN SUPPORT OF PLAINTIFFS

**T. HOUSTON MIDDLETON, IV**
LA Bar Card No. 33281
TX Bar Card No. 24085753
hmiddleton@lundyllp.com
Local Counsel for *Amici*

**HUNTER W. LUNDY**
LA Bar Card No. 8938
MS Bar Card No.1495
hlundy@lundyllp.com
Local Counsel for *Amici*

**Lundy L.L.P.**
501 Broad Street
Lake Charles, LA 70601
Telephone: (337) 439-0707
Facsimile: (337) 439-1029

**MARY J. BROWNING**
MO Bar Card No. 34633
m.jbrowning@outlook.com
Lead Counsel for *Amici*, Pro Hac Vice

**ALLAN E. PARKER**
TX Bar Card No. 15505500
aparker@thejusticefoundation.org
Counsel for *Amici,* Pro Hac Vice

**R. CLAYTON TROTTER**
TX Bar Card No. 20240500
info@thejusticefoundation.org
Counsel for *Amici*, Pro Hac Vice

**The Justice Foundation**
8023 Vantage Dr., Ste. 1275
San Antonio, TX 78230
Telephone: (210) 614-7157
Facsimile: (210) 614-6656

**Exhibit 1**

# Table of Contents

Table of Contents ............................................................................................................. i

Table of Authorities ......................................................................................................... ii

Interest of *Amici Curiae* Women Injured By Abortion, The Justice Foundation and Its Center Against Forced Abortions, and the National Association of Christian Lawmakers ...................... 1

Argument .......................................................................................................................... 3

    I.    Rosalie Has Article III Standing to Challenge the FDA's Actions Because She Was Directly Affected By The FDA's 2023 REMS ........................................................... 3

    II.    The FDA Acted Arbitrarily and Capriciously By Ignoring the Injury to Women from Abortion-Producing Drugs .............................................................................................. 7

        A.    The FDA-Approved Abortion-Producing Drug Deeply Injures Women ...................... 7

        B.    Other Harm, Including Personal Disposal of Human Remains .................................... 10

    III.    Abortion Pills Increase the Risk and Frequency of Injury Through Coerced or Forced Abortion ........................................................................................................................ 15

    IV.    Violating the Comstock Act and Balancing the Harms ........................................ 17

Conclusion ........................................................................................................................ 18

Prayer ............................................................................................................................... 19

# <u>TABLE OF AUTHORITIES</u>

**CASES**

*Dobbs v. Jackson Women's Health Org.*, 597 U.S. 215 (2022) ......................................6, 7, 18, 19

*FDA, et al. v. Alliance for Hippocratic Medicine*, 602 U.S. 634 (2024)......................................4

*Gonzales v. Carhart* 550 U.S. 124, at 159 (2007) .......................................................3, 14, 17, 18

*Roe v. Wade*, 410 U.S. 113 (1973)...........................................................................................6, 19

**STATUTES**

18 U.S.C. § 1461 .......................................................................................................... 14, 16, 17

**OTHER AUTHORITIES**

FoxNews.com, Published January 07, 2024, By Kelly Lester: "I had 4 abortions. The abortion pill was the worst, but women aren't getting the full story" ..........................................9

https://www.foxnews.com/opinion/4-abortions-abortion-pill-words-women-getting-full-story.print

Adam Zuvanich, Houston Public Media | Posted on February 8, 2024, 3:03 PM (Last Updated: February 9, 2024, 5:21 PM) ......................................................................................... 15

https://www.houstonpublicmedia.org/articles/court/2024/02/08/476976/houston-attorney-accused-of-slipping-abortion-drugs-into-pregnant-wifes-drinks-pleads-guilty-sentenced-to-jail/

**Interest of *Amici Curiae* Women Injured By Abortion, The Justice Foundation and Its Center Against Forced Abortions, and the National Association of Christian Lawmakers**

*Amici* Women Injured by Abortion[1] are women who were injured by their own abortions. *Amici* Women Injured by Abortion suffered grievous psychological injuries, but many suffered severe physical complications, as well. *Amici* Women thus have a profound interest in protecting other women from such injuries.

The Justice Foundation (TJF) is a 501(c)(3) non-profit, charitable, public interest litigation corporation which, since 2000, has represented Women Injured By Abortion, at no charge, in significant cases affecting women's health related to abortion. The Justice Foundation has helped give women's testimony a voice in significant national litigation.

Center Against Forced Abortions:  The Justice Foundation has now collected 4,845 legally admissible affidavits or declarations under penalty of perjury from Women Injured By Abortion. As these were collected, it became clear that, once abortion was made legal, or widely accessible even if illegal as in Louisiana, one of the ways abortion hurts women is that it allows others to force, coerce, or unduly pressure them to have an abortion. The most common forced abortions are: (1) parents or guardians forcing a minor; (2) The father of the child (as in Plaintiff Rosalie's case); and (3) Prostitution and human trafficking. To prevent such common injuries The Justice Foundation founded and operates the Center Against Forced Abortions.[2]

National Association of Christian Lawmakers: The mission of the National Association of Christian Lawmakers, a 501(c)3 organization is to bring federal, state, and local lawmakers together in support of clear biblical principles. It does this by meeting regularly to discuss major

---

[1] See Exhibit 1 *Amici Women Injured by Abortion* (women's name reflected as authorized by each woman) here

[2] www.thejusticefoundation.org/CAFA/

issues and to propose model statutes, ordinances, and resolutions to address major policy concerns from a biblical worldview. The Louisiana Chairman is State Senator Mark Abraham.

### Summary of Argument

The State of Louisiana (hereinafter, Louisiana) and Rosalie Markezich (hereinafter, Rosalie), Plaintiffs, have Article III standing to bring this action. Plaintiff Rosalie is similarly situated with other Louisiana women, and others across the country, who are coerced or pressured into ingesting abortion-producing drugs. Plaintiff Louisiana bears the consequences of the arbitrary and capricious actions of the FDA by bearing the burden of funding the real medical care of those who: (1) voluntarily receive mail-ordered abortion-producing drugs; as well as, (2) are deceived into thinking the pills are "safe" (see discussion *infra* at p.16); and/or (3) those pressured or coerced into unwanted abortions. Plaintiffs come face to face with this as a result of FDA's actions removing essential protections that were part of the earlier Risk Evaluation and Mitigation Strategies (REMS) established by Defendant, through its arbitrary and capricious 2023 REMS.

The FDA's approval of the abortion-producing drug protocol, and the removal of the minimum safeguards, **has** produced and **will** produce injuries to women like Rosalie and *Amici* Women Injured By Abortion. This harm is directly caused by FDA's actions. The FDA removed protections and safeguards for women and minor girls who endure chemical abortion, either of their own volition or that of another. Women like Rosalie, who have been injured once, are still vulnerable to further male violence. *Amici* Women Injured By Abortion accounts the harm that directly results from FDA's actions related to the 2023 REMS. This harm is further exasperated by the fact that the FDA abortion-producing protocol is in contravention of the federal law known as the Comstock Act. That Act prohibits mailing abortion-producing drugs or sending them by common carrier into Louisiana, whose elected officials have set reasonable parameters on access

2

to abortion. These parameters are designed to protect women, minor girls and "infant lives", per *Gonzales*[3]. The direct harm to Plaintiffs can be redressed by providing the remedies Louisiana requests.

Much harm has come to women from these abortion drugs producing drugs. The FDA has arbitrarily and capriciously chosen to look away from the harm. Its actions of eliminating minimal safeguards (REMS), including lack of any physician involvement, AND removing the reporting of almost all adverse events, combined with mail-order delivery contrary to federal law, is arbitrary and capricious. This brief presents the ugly truth of the FDA abortion-producing drug protocol.

Argument

I.    **Rosalie Has Article III Standing to Challenge the FDA's Actions Because She Was Directly Affected By The FDA's 2023 REMS**

Women with first-hand accounts of their own experiences of chemical abortion can present the best evidence of the harm of abortion. *Amici* have horrific experiences which lend credibility to the experience of Rosalie and to the steps Louisiana has taken to protect its women and minor girls from such injury.

*Amici* are extremely grateful to Rosalie for having the courage to come forward, at risk of great personal embarrassment and ridicule, to stand in the gap for others unable to raise their voices. She is exposing the ugly exploitation of women by FDA's regulatory scheme that violates the federal Comstock Act. As citizens of the United States, Rosalie, and other Louisiana citizens similarly situated, need the Comstock Act to be enforced for her, and for their protection. The state protections are rendered impotent by the FDA's 2023 REMS and the FDA's blatant violation

---

[3] "…some women come to regret their choice to abort the infant life they once created sustained…severe depression and loss of esteem can follow. *Gonzales v. Carhart,* 550 U.S. 124, at 159 (2007). (The Supreme Court noting that the child in the womb is an infant life at the moment of abortion).

3

of the Comstock Act by allowing the distribution of abortion-producing drugs through the mail and common carrier into its borders.

*Amici* strongly support the right of Rosalie to seek redress for her injuries and bring light to the injuries of the many women like *Amici* Women Injured by Abortion. This case is different from *FDA v. All. for Hippocratic Med.*, 602 U.S. 367 (2024). Plaintiffs such as Rosalie who are forced by abusive partners to have an abortion, may still fear for their lives and their safety from abusive males. Rosalie has been forced into experiencing the drugs. Unlike the plaintiff doctors in *Alliance, supra,* none of whom prescribed or used mifepristone, and who did not allege monetary or physical injuries from the FDA's actions[4], Rosalie does allege physical injuries as a direct result of FDA's actions.  A man could not legally go online and buy drugs to kill his baby under the REMS protocol before the 2023 REMS. If Rosalie and Louisiana are not granted standing, there will be no light shed and no redress or prevention of the injury to *Amici* and women like them, chilling the resolve of more injured women to come forward. As the accounts of *Amici* demonstrate, they have been traumatized. Coming forward risks being re-traumatized, particularly when the harm is ignored or minimized.

As this brief will show, infra, women are inadequately informed of the true nature of chemical abortion and are not provided any follow-up care by on-line abortion pill providers. The FDA has created a process - through mail-order abortion-producing drugs - to avoid seeing the woman, at all.  This reinforces a system of high-volume dispensing of dangerous pills to women and minor girls in states that have tried to protect them. The black label warning on the FDA-

---

[4] *FDA, et al. v. Alliance for Hippocratic Medicine*, 602 U.S. 634 (2024).

approved drug, identifies this as "possible harm including death."[5] Louisiana and other states surely are sovereign to protect citizens/inhabitants from this harm.

The Federal Defendants have argued that Rosalie lacks standing because it is unlikely that she will be injured again. To a person unfamiliar with women who have been traumatized by abortion, it might seem that she could avoid repeating that harm by avoiding that man. However, the evidence from women hurt by abortion is that many women feel worthless after an abortion, feel unable to cope with life, attempt suicide or engage in other destructive behaviors. One of those destructive behaviors is allowing men to abuse them because they feel worthless. See 4,845 Testimonies of Women Hurt By Abortion at FN 18. It is a sterile analysis which excludes the reality of women like this plaintiff, and denies standing, and certainly there are many, many, many other women in Louisiana who are subjected to the risk of coerced abortions.

Louisiana also asks for the 2023 REMS to be stayed or enjoined because Congress has prohibited the use of any express company or other common carrier or interactive computer service for any drug, medicine, article, or thing designed, adapted, or intended for producing abortion, citing 18 U.S.C. Section 1462. *Amici* support the federal government's legal prohibition on sending abortion procuring drugs through the common carriers or mail, and this Court should require compliance with the federal law by the FDA. Protecting life is the legal and Constitutional duty of federal and state governments.

Under the Fifth Amendment, human life from our founding was protected at the federal level, first through the federal common law, which made abortion a common law crime, see Wilson below, and then through the Comstock Act, enacted around the time of the Fourteenth Amendment.

---

[5] https://www.dropbox.com/scl/fi/6kltlwy7vyibtagucosd3/020687s020lbl_Page_02.jpg?rlkey=jgx iyfqv2l0pkgbnj3vdivkkn&st=urznqmkm&dl=0

The Fourteenth Amendment imposed a similar Constitutional duty to protect life on the states and stated:

>    "*Nor shall any **state** deprive any person of life . . . without due process of law.*"

A founding signer of the Declaration, the Constitution, and a George Washington appointee to the U.S. Supreme Court, - James Wilson, - stated:

>    "*With consistency, beautiful and undeviating, human life, from its commencement to its close, is protected by the common law. In the contemplation of law, life begins when the infant is first able to stir in the womb. By the law, life is protected not only from immediate destruction, but from every degree of actual violence, and in some cases, from every degree of danger.*" Vol. II, Part II, Chapter XII: "Of Natural Rights of Individuals.

This was the law of America for 200 years (from the 1770s to 1973) until the erroneous and now repudiated decision in *Roe v. Wade* erroneously purported to create a right to abortion, reversed in *Dobbs v. Jackson Women's Health Org., 597 U.S. 215 (2022).*

Another major founder, John Witherspoon stated, in his Lectures on Moral Philosophy delivered at what is now Princeton University that:

>    "*[in America] we have denied the power of life and death to parents.*"
>    (Lectures on Moral Philosophy).

Legal abortion gives parents the right to kill their child. This creates a problem because abortion is incompatible with the tenets of the Constitution. Indeed, - the Constitution forbids it. James Kent, an early American jurist and legal scholar, echoed common-law and statutory principles regarding the legal status of children in the womb:

>    "*Wherever such consideration would be for his benefit, a child en ventre sa mere (in the mother's womb) is considered as absolutely born.*"
>    Kent, James, Commentaries on American Law. 4 vols. New York: O. Halsted, 1826-1830.

*Amici* speak not only because of the injuries they have incurred through abortion - made possible by the illegal actions of the FDA - but also on behalf of their unborn children, children who are worthy of protection under the Life Clauses of the Fifth and Fourteenth Amendments of the Constitution.[6]

## II.    The FDA Acted Arbitrarily and Capriciously By Ignoring the Injury to Women from Abortion-Producing Drugs

The FDA acted arbitrarily and capriciously by ignoring the harm to women hurt by abortion-producing drugs, especially by incrementally RE eroding the protections intended through REMS for "safe" administration of this drug. These REMS resulted in women seeing their aborted babies and being faced with personally disposing of their child's remains, whether they wanted abortion or not.  This action by the FDA is a gateway to exploitation and undeniable irreparable injury to women.

### A.    The FDA-Approved Abortion-Producing Drug Deeply Injures Women

These are women's actual drug-induced abortion experiences in their own words.[7]

**Warning:** these accounts are raw, graphic and real.[8]

---

[6] Fifth Amendment: "No person shall be deprived of Life. . . without due process of law." (binds federal government) (1791). 14th Amendment: "Nor shall any state deprive any person of Life . . . without due process of law or be denied the equal protection of law." (binds state governments) (1868). The following authors particularly emphasize the Fourteenth Amendment which binds states.  See e.g., Craddock, Joshua J., "Personhood After Dobbs" (May 16, 2025). Catholic U. L. Rev. 536 (2025); Finnis, J., & George, R. P. Equal Protection And The Unborn Child: A Dobbs Brief, Harvard Journal of Law and Public Policy, 45(3), 927-1031(2022); Craddock, Joshua J., "Protecting Prenatal Persons: Does the Fourteenth Amendment Prohibit Abortion?" Harvard Journal of Law and Public Policy, Vol. 40, No. 2 (2017); Joseph, Anthony, "The 'Pennsylvania Model': The Judicial Criminalization of Abortion in Pennsylvania, 1838-1850", The American Journal of Legal History, July 2007, Vol. 49, No. 3, p. 284-320, Oxford University Press.

[7] Link to Expanded Statements of Women's Abortion Pill Experience: https://www.dropbox.com/scl/fi/21nl3sks7bagnuav8z8i5/2026-Expanded-Statements-of-Amici.pdf?rlkey=ullqoz11mb997gitbhfumigpp&dl=0

[8] Part of the women's statements are in bold for emphasis throughout the brief.  That emphasis has been added.

**#1 *Amicus* Abby Johnson:** " . . . (P)raying that I wouldn't Die"

"…I started volunteering for Planned Parenthood. Shortly after…I chose a chemical abortion…I was told by the clinic staff that it would be more 'natural'… 'like having a heavy period'. I was given the…pill in the clinic and [was] told that [it] would 'stop the pregnancy.' I was told to insert 800mcg of Misoprostol vaginally 24 hours later. Within 30 minutes…I began to hemorrhage and pass clots…intense cramping. I had never experienced pain so severe…I began to vomit…I was passing clots the size of lemons. I…scooped my baby up…and…wasn't sure what to do. No one had prepared me for that…It felt wrong…but…**I dropped my child in the toilet**, closed my eyes, and flushed.

I hemorrhage[d] for hours…I just laid on my bathroom floor…Blood was everywhere…I remember falling asleep on the floor and praying that I wouldn't die. I bled and passed large clots for eight weeks. The cramps were debilitating . . .

I went back to volunteer at Planned Parenthood . . .my goal . . .[was] to convince every chemical abortion patient to have a surgical abortion . . .I didn't want any woman to go through what I had gone through . . ."

**#2 Katherine: "I thought I was going to die":**

"…I hated myself! . . . Chemical abortion was my answer . . .a couple of pills and the whole thing will be over. I was given a pill to take at the clinic and sent home with pills to place internally . . . intense cramping . . .bleeding . . .large pieces of bloody tissue . . .nausea . . .weakness. **I thought I was going to die** there all alone. I was sure I needed medical attention, but I was so afraid of the exposure . . ."

https://www.silentnomoreawareness.org/testimonies/testimony.aspx?ID=2329

**#3 *Amicus* Kelly Lester: "I felt like I was walking through hell."**
"I had four abortions in my life. My first was at 15-years-old and was a surgical abortion. I used the abortion pill for my second abortion at 19-years-old because my first abortion was traumatic. I thought the pill would be easier, less traumatic on my body, and well, it was cheaper than going the surgical route. . . .
But it wasn't. It was one of the most horrific experiences of my life. I was told by the abortion clinic that it wasn't a big deal, that it was easy and private. I was in the first trimester, but I don't remember how far along, probably near the end of those first 12 weeks . . .
The bleeding and the pain started almost immediately and it was intense. The pain lasted for two days and I felt like I was in full-blown labor. I was alone, in one of my bathrooms in my apartment. I was doing drugs just to try to numb the pain. And in the end, I ultimately broke my lease and moved out because I couldn't stand to be in the apartment any longer and experience the trauma again

every time I used the bathroom.

. . .

**I felt like I was walking through hell.** Women don't deserve that.[9]

### #4   Courtney:  "I felt like I aided in the murder of my child…":

" . . .I couldn't change my mind . . .it would make the staff mad . . .I was given . . .RU-486 . . .to take . . .in the clinic. They never told me . . .[it] would . . .starve my baby to death . . .they just said it would stop my pregnancy and keep my "embryo" from becoming a baby. They made it seem as **safe . . .as taking a Tylenol**. They then gave me a second pill (Cytotec) to take the next day.

They didn't tell me . . .it was to induce strong contractions to expel my baby's corpse-…just . . .it was necessary to ensure my abortion was successful. I took the second pill . . ., expecting [what] they had told me.

 . . . I experienced very intense, painful cramps as my body expelled my baby. . .into the toilet…A toilet. I wish . . .I would've . . .buried it.

This abortion was . . .harder…than the surgical abortion . . .I aided in the murder of my child . . .I was told a pill was "easier and safer" than a surgical abortion; it's not."
https://www.silentnomoreawareness.org/testimonies/testimony.aspx?ID=2256

### #5  Patricia: "Everything the Doctor Told Me Was a Lie . . .I believed I was dying":

. . . [A]t home alone with my infant son, I took the abortion pills. Within one hour I knew that **everything the doctor had told me was a lie.** I was bleeding so heavily, **I believed I was dying.** I was passing clots the size of baseballs, and I was in the worst physical pain of my life, worse than childbirth       I looked into the toilet and saw my baby. It had a head, body, and tiny arms and legs. The shame and guilt . . .I felt      as I was forced to flush my aborted baby down the toilet, is impossible to describe.…

About 3 weeks later, I woke up ..... covered in blood, and still bleeding. I rushed to the ER..... my body had not passed all of my former pregnancy. A doctor used several giant Q-Tip's   to scrape my insides, and I had weekly visits to my OBGYN.…"
https://www.silentnomoreawareness.org/testimonies/testimony.aspx?ID=4202

---

[9] I had 4 abortions. The abortion pill was the worst, but women aren't getting the full story (foxnews.com) by Kelly Lester.
Kelly Lester is Outreach Director for And Then There Were None.  Her story is featured on https://www.littlepillsthatkill.com/.

**#6 *Amicus* Tracy Reynolds– A Former Phone Worker for an Abortion Recovery Program**[10]

" . . .(T)here has been an increase in calls for abortion recovery regarding the traumatic effects of . . .the 'abortion pill'.  These calls often occur in the middle of the night from women who have taken the 'abortion pill' without understanding the effects and with no medical professional's supervision."  For example:

> **#7 From C.: ' . . .my tiny baby floating in the toilet bowl. . .'**
> '… my husband felt… [it was] too soon after our marriage to have a baby . . . He strongly pressured me to take the 'abortion pill'… I did not receive any information . . .about medical/emotional consequences.  It was the most traumatic experience I've ever had, seeing my tiny baby floating in the toilet bowl . . . followed by excessive bleeding.  I still have nightmares and I will never forget . . . [We] are now trying to conceive but . . . my progesterone levels were off, which . . .could be an after effect of the abortion pill . . .'

### B.    Other Harm, Including Personal Disposal of Human Remains

**#8  From *Amicus* Serena, Founder - *She Found His Grace (SFHG).*[11]**  Serena runs a hotline and has other forms of ministry which enables abortion-wounded women to seek help . . .  "Women who take the abortion pill contact us pretty quickly because of seeing their babies and because of the medical trauma they are too embarrassed to talk to anyone about."  Following are some of the contacts received by Serena's group.

> **#9  My 9-week unborn child sits in my freezer**
> "I took the first pill . . . I felt my baby pass…  **I bled so much that I passed out.**  Nobody prepared me for the amount of blood I lost.  **I ended up in the ER.**  I spent hours there . . .
>
> I felt like I murdered my child… I have so much hate in my heart.
>
> My 9-week unborn child sits in my freezer.  I'm trying to find the strength to bury her…"
>
> **#10   I couldn't bear to flush my baby down the toilet . . .**

---

[10] *Amicus* Tracy Reynolds worked for a non-profit that provides hope and healing for those broken through traumatic events, including abortion.

[11] *She Found His Grace*, https://www.shefoundhisgrace.org.

"…I took the pills… After being in a lot of pain for over 24 hours . . .I went to the ER . . .to see if I could change my mind… my uterus was empty. I . . . went home…I…[felt] a big clot drop, then came a tiny perfectly formed 10-week baby and I lost it. **I couldn't bear to flush my baby down the toilet** so I got him out and washed him off. I was frozen in guilt, shame, and regret. I plan to bury him behind my house . . ."

#### #11:  I got sick with a bad case of sepsis and almost lost my life. . .

"…I walked around for a month with my dead babies inside of me… I took another dose of abortion pills and . . . I was in pain and bleeding but nothing came out. I was walking around a whole week in pain before **I got sick with a bad case of sepsis and almost lost my life.**

More reports from Serena of SFHG:

#### #12   It didn't seem like it was an abortion since it was a pill. . .

"… a day I will never forgive or forget. I had . . .been anti-abortion but in a domestic violence relationship . . . **It didn't seem like it was an abortion since it was a pill.** I was delusional . . . My [boyfriend] at the time almost killed me and my dog . . . He choked my dog . . . He told me that my grandma needed to take me to Planned Parenthood . . . I started to bleed and went to the ER. The sac came out and I lost my baby . . . I flushed my baby down the toilet. I am forever sorry . . . I went down a path of destruction after my abortion. My abortion will affect me for the rest of my life . . ."

#### #13   I just died a little bit and I'm not the same person

"I regret my abortion so much… I think about it [every day]. I did it was pregnant at 19 . . . Taking the pill was traumatizing when I saw my baby in the [sac]. **I just died a little bit and I'm not the same person I was.      "**

#### #14  I fainted from the amount of blood lost and had to be carried out

"…I [took] the pill. Everything seemed to [be] normal. I passed the [baby].

I never stopped bleeding. [I thought] it was the abortion followed by my period. A few weeks [passed] and I [started] losing a lot of blood. And 'another' pops out. The blood clots got larger. **I fainted from the amount of blood lost and had to be carried out** of my apartment by my [boyfriend] and our Roommate. **I thought I was going to die.**  10-hour ER visit and lots of meds        It was the scariest thing I've ever gone through      "

#### #15  I looked in the toilet . . .
". . . I bled excessively. **I looked in the toilet when the baby came out and ended up throwing up**… I regret looking.......I'll never get that image out of my head…"

**#16  (1/3/24): I hated myself …**
"My partner paid for it . . . I was 1 month [and] . . . 2 ½ weeks [when] I terminated. I took the pills at the clinic, came home and instantly felt a wave of depression splash over me. The next day I took the rest and started bleeding instantly.  Within 45 min . . . a mandarin sized clot came out. I . . . believed was the embryo . . . from that moment **I hated myself. . ."**

**#17  (1/08/24):  I'm haunted by [my baby's] eyes …**
"I've recently had my abortion . . . It's painful and brings up all sorts of emotions . . . [I]t is indeed traumatizing . . . I feel guilt and sadness of what could've been, because I [saw] [its] eyes before I flushed it away . . . No one prepared me for this . . . **[Every day] I burst into bouts of tears because it was my baby, but I couldn't undo it . . . I'm haunted by [its] eyes. . ."**

**#18  (1/24/24): I ended up having nonstop gushing blood**.
"… I had a medical [chemical] abortion and it was traumatic. I got very sick, couldn't stop throwing up and was out of commission for days.  I was told to take another dose as I may be sick because I didn't get rid of everything I was supposed to. [After] that second dose the sickness went away but I ended up having nonstop gushing blood [and went to] the emergency room. . ."

**#19  (2/1/24):  they proceeded to scrape my womb repeatedly**

"I was supposed to be admitted and monitored . . .but they decided otherwise, they gave me an oral pill and inserted another vaginally and I was sent home and told to wait for the whole procedure to be completed . . . [T]he wors[t] pains of my life, got super sick and the fetus ended up coming out but there were residual products.  I went back to the hospital told the Dr.'s . . . that I felt like there was still something in my womb . . .[They] did an ultrasound and . . .there was . . .and they decided . . .they would clean my womb . . . [T]hose two Dr.'s gave me a pain injection because I'd feel some "mild discomfort". . **. [T]hey proceeded to scrape my womb repeatedly** . . .  each scrape being rougher [than] the previous, I could feel myself get numb from the pain from my waist down to my legs . **I pleaded with them to stop . . .they just continued to scrape and scrape and scrape . . .** [At] some point I felt like I was about to pass out . . . I was screaming and pleading with them to stop."

**#20  (2/1/24): I was on the shower floor SCREAMING. . .**

"Mine was so bad I was **on the shower floor SCREAMING**, throwing up, bleeding everywhere, the pain was unbearable and unimaginable . . .and I have had brain surgery!!! . . . NOBODY prepared me for the HUGE amount of blood and chunks, the intense excruciating pain, the nausea . . ."

**#21  (1/31/24):  the most pain I have ever been in, in my life**

12

". . . I laid there for about an hour . . .suddenly I shot awake with a sharp cramp . . . I was in the most pain I have ever been in, in my life. The cramps were nothing like I ever . . . expected. I was . . .writhing in pain with a heating pad that did . . .nothing . . .I . . . was screaming into my pillow . . . [O]nce I started [bleeding] it came                                    in                                    floods…"

**#22 (01/31/24):  It's just sitting in my bathroom…**

"I took my second pills . . . & this little sac came out of me . . . I've been crying ever since.  My husband is asking if I want to bury it & **it's just sitting in my bathroom** until I make up my mind.  I feel VERY overwhelmed. . ."

**#23 (2/8/24):  . . . I can't cope and can't live with myself after what I have done.**
"I'm 18 and . . . just had my abortion.  I passed my baby today and my heart broke. I have a one-year-old son . . . I absolutely HATE myself for this and I honestly feel like **I can't cope and can't live with myself after what I have done**."

**#24 (2/8/24): . . . I had to catch my baby and pull it out of my body . . .**
" . . . only on day 5-6 of life after losing my baby due to . . .abortion . . . I'm . . .find[ing] it hard to even look my little boy . . . (he's 12 months old). I have to keep [going] to the car to sit . . .and cry. **I had to catch my baby and pull it out of my body . . . I wrapped my poor angel in tissue and have kept it ever since** . . . and yes, I will get rid of it soon. I'm only 18 and I'm completely and utterly traumatized . . . I regret my decision . . . I can't live with myself any longer, I can't cope with it any longer and I just don't know what to do. Everything hurts far too much to [bear]."

**#25 (2/8/24):  . . . the baby came out full force  . . .**
"I took the pills and went to take a shower . . . I heard 2 pops and when I stood up **the baby came out full force**.  I was extremely traumatized.  I was 10 weeks and 6 days [pregnant]."

Excluding effects such as these in the FDA warnings and labeling is arbitrary, capricious

and misleading, and irreparably injures women as shown below:

**#26  From *Amicus* Stephanie – Phone coach for helpline[12]**
         **'…the cat had eaten the baby'**

"… helpline is a 24-hour, 7-day a week, 365 days a year helpline."

---

[12] *Amicus* Stephanie is a volunteer phone coach for a helpline for people who need help after abortion.  Stephanie has handled over 900 calls.

"A caller had a chemical abortion the day prior . . .the baby [is] in front of her on the counter and, 'it has hands and feet and toes and fingers and eyes and she cannot flush the baby down the toilet…'  . . .Her father told her to call somebody . . .she called Helpline. She . . .struggles with depression . . .[and] cannot imagine just throwing the baby in the trash or down the toilet . . ."

". . . she was broken up and crying . . .wrapping the baby up and storing the baby in the freezer until . . .the ground thawed [enough] to bury the baby.

. . . (S)he began to scream . . .she felt like she was going to faint . . .she laid her baby on the counter while we were talking and when she turned around **the cat had eaten the baby**. She was crying hysterically . . ."[13]

It is dangerous, arbitrary and capricious for the FDA to dehumanize this "infant life" at the time of abortion, as recognized in *Gonzales*, 550 U.S. 124, at 159, and force the woman to view the baby's corpse in her own home. **This type of irreparable harm heavily weighs the balance of harm in favor of enjoining the abortion-producing drug, as required by the Comstock Act.** 18 U.S.C. § 1461. Surgical abortions would still be available in states where abortion is legal.

**#27 *Amicus* Yolanda** has been a volunteer coach for another helpline for women hurt by abortion for a little over a year and a half.  She had over 282 contacts from different people . . . in the form of texts and phone calls.

The following are situations from Yolanda:

**String still attached**

A woman called… at 1a.m. She took… mifepristone and - **she was holding the fetus in her hand, but the "string" was still attached** and she didn't know what to do with it.

**Parents down the hall**

A young girl called who took mifepristone and was in the process of having her abortion in her bedroom and wanted someone to talk to. She was scared and didn't know what to expect. I asked her if she had any support from her parents.  They were in the other room and didn't know what she was doing.

---

[13] Quoted from *Amicus* Stephanie's email to counsel.

**15-year-old niece buried her baby, dug up, re-buried, dug up again . . . where to bury the baby?**

A woman was calling for her 15-year-old niece who was sobbing in the background. She had buried, dug up and reburied her aborted baby. No one could calm her down. After the baby was aborted, **she put it in a small box and buried it** in a high traffic area in their yard. **So she dug it up and reburied it again**. She was told to move it because there was a problem with where she buried him the second time. This 15-year-old now has **a graveyard in her backyard**."[14]

The FDA fails to account for dead babies in toilets and backyards. What do you do with chemical waste? No other drug produces human remains for disposal by lay individuals.

**III.     Abortion Pills Increase the Risk and Frequency of Injury Through Coerced or Forced Abortion**

No direct supervision by a licensed medical physician, along with mail and common carrier delivery, increases the likelihood of women suffering this irreparable harm. These factors combined expand the number of unduly pressured, coerced or forced abortions. For example, an attorney from Houston plead guilty to assault of his wife for his attempts to cause her to abort their baby by putting an abortion-inducing drug in her water.[15]

Here are more examples of forced or unduly pressured abortions more fully described in FN 7:

**#28  "… my boyfriend and my parents insisted . . ."**

' . . . **my boyfriend and parents insisted** . . .I was too young and I should have an abortion. I live … where abortion is . . .illegal, so my boyfriend took me to New Mexico . . . I paid $900 for a chemical abortion. When I returned . . .I was in severe pain and started bleeding profusely. I was afraid to go to the ER . . . because abortion is illegal . . . I called the helpline and they … [said] I needed to go to the ER.'

---

[14] Quoted from *Amicus* Yolanda's email to counsel.
[15] Adam Zuvanich, Houston Public Media | Posted on February 8, 2024, 3:03 PM (Last Updated: February 9, 2024, 5:21 PM):
https://www.houstonpublicmedia.org/articles/court/2024/02/08/476976/houston-attorney-accused-of-slipping-abortion-drugs-into-pregnant-wifes-drinks-pleads-guilty-sentenced-to-jail/

**#29  " . . .my boyfriend strongly pressured me . . ."**

' . . . **my boyfriend strongly pressured me** to have an abortion . . . [It] was too soon in our relationship . . . He suggested . . .the abortion pill, . . .a website … made it sound very easy and 'just like taking a Tylenol'.  It was the most horrific experience I've ever been through . . .no information given about what I would experience . . .and that I would . . .expel the baby.  I bled excessively and for weeks had nightmares…'[16]

**#30    Boyfriend giving RU-486 pills because they had unprotected sex**

One man was calling for his girlfriend who had had a chemical abortion using…RU-486…a few months before and since they had unprotected sex, started giving her more of the pills…[17]

**#31: " . . .he said he would kill me and my oldest child."**

" . . . **I was forced to have an abortion** . . .  **He said he would kill me . . .** He threatened if I didn't get rid of it he would kill me and my oldest child  . . . he said he would find us and kill us.  He would punch me in the stomach hard as he could to try to miscarry the baby.  I finally agreed . . .  **He wouldn't stop threatening my life [and] my other child.**  [If it] was just me, I would have run away . . . but he threatened not only my life but my one-year-old as well.

. . . I was alone and scared . . .**I wanted to tell them I was being forced but I was [too] scared** [that] he would come after me.

. . . I was alone the entire process.  My cramps got so intense I found myself on the bathroom floor.  I made it to the toilet. . . I dissociate from it a lot.  I have had 2 or 3 miscarriages after . . ."

Without physician supervision, and by ignoring the Comstock Act, 18 U.S.C. § 1461, the FDA does not adequately perform its function to protect the public, particularly women and minor girls, from unduly pressured, coerced, or forced abortions.  Of the 4,845 Operation Outcry testimonies of Women Injured by Abortion, over 2,000 say they were pressured by someone else into having an abortion.[18]  Rosalie is not alone.  Coerced abortion is a common problem

---

[16] Quoted from *Amicus* Tracy's email to counsel.

[17] From *Amicus* Yolanda contact.

[18] 4,845 Testimonies of Women Hurt By Abortion: https://www.dropbox.com/scl/fo/bkcpx3jz1rt37r9xxnauf/AAl1Qpq5TBqkMQoCt8jPWWA?rlkey=ttpql7nn114xfocu835o9wr0n&st=wgz0o8cv&dl=0

throughout the United States, and the FDA's changes to the REMS protocol directly increases
the risk of forced or coerced abortions.

One Texas mother has already been arrested for forcing her child to take an abortion
pill. [19] These events will be much more frequent if the FDA's REMS protocol, in its current
form, remains operative.  In weighing the benefit to the public, stopping this abuse is a far greater
benefit to women and minor girls and prevents irreparable harm.

## IV.     Violating the Comstock Act and Balancing the Harms

There is a reason the Comstock Act was passed.  It is the only federal law directly
expressing Congress's view on abortion pills and explicitly criminalizes the mailing or delivery of
drugs "for producing abortion" 18 U.S.C. § 1461.  An abortion-producing drug is not medicine
according to Congress; it destroys human life.  The FDA's 2023 REMS, in effect, invites and even
sanctions, law violators bringing abortion within the borders of states who have protections in
place for their women, minor girls and babies. This is an improper usurpation of the state's
sovereign powers.

Proper balancing of the harms, the public interest and equities require the Court to conclude
that a stay at this point, will save "infant lives," per *Gonzales*, at 159, and multitudes of women
from irreparable injury. On the other hand, no woman in any state where abortion is legal will be
denied an abortion because surgical abortion is still widely available and legal in all those states.
The abortionists have, for years, claimed, and continue to claim, that surgical abortions are safe.

In addition, no woman in America has to parent a child if she does not want to do so. The
Safe Haven laws in all 50 states are a much safer method of eliminating the burden of parenting.

---

[19] As reported by ABC13, *MSN* 2/8/24: https://www.lmtonline.com/local/article/laredo-police-woman-tried-forcing-teen-daughter-17880448.php

See *Dobbs*, 597 U.S., at 259 n.45 (referencing Safe Haven laws). The Supreme Court established, as a matter of law, that it is reasonable for states, and by inference judges weighing balances, to consider Safe Haven as an alternative solution to the problem of unwanted children. It is arbitrary and capricious for the FDA to fail to consider this alternative. It is appropriate for this Court to do so when weighing risks and benefits. This Court should consider Safe Haven laws when weighing the harms under the preliminary injunction standard.

Safe Haven Laws in all fifty states eliminate the burden of unwanted children without killing the child. These laws avert all abortion-related trauma, the kinds of trauma *Amici* Women Injured by Abortion have described in horrifying detail. Throughout the history of the United States, most states made abortion a crime. See *Dobbs* supra at Appendix A, discussing criminal abortion laws around the passage of the Fourteenth Amendment. States have rational "legitimate interests" in such laws. *Dobbs* states:

> "These legitimate interests include respect for and preservation of prenatal life at all stages of development; the protection of maternal health and safety; the elimination of particularly gruesome or barbaric medical procedures; the preservation of the integrity of the medical profession; the mitigation of fetal pain; and the prevention of discrimination on the basis of race, sex, or disability."
> *Dobbs v. Jackson Women's Health Org.*, 597 U.S. 215, 301 (internal citation (omitted).

Abortion pills are "particularly gruesome or barbaric".

The Supreme Court has stated ". . . it seems unexceptionable to conclude some women come to regret their choice to abort the infant life they once created and sustained. See Brief for Sandra Cano, *et al* [180 Women Hurt By Abortion] as *Amici Curiae* in No. 05-380, pp. 22-24. Severe depression and loss of esteem can follow." *Gonzales v. Carhart* 550 U.S. 124, at 159 (2007).

### Conclusion

Considering the FDA-approved drug-induced abortion regimen any type of lawful

regulatory program is a fallacy. It is not safe. It ignores harm to women, as *Amici* Women Injured By Abortion have demonstrated. The FDA acted arbitrarily and capriciously by bringing the drug to market, by lessening safety restrictions (including the 2023 REMS), and keeping it on the market, available through the mail and common carrier, without supervision by a doctor. Louisiana has enacted laws specifically designed to protect both the mother and the baby. The FDA-approved protocol takes the life of another living human being the Louisiana elected lawmakers have chosen to protect. The FDA's actions are fruit of the poisonous tree of *Roe,* which has been reversed.[20]

  The FDA has run roughshod over the sovereign authority of Louisiana to determine what is and is not acceptable within its borders. Do not look away from the over-reach of the FDA. Look at this reality – the FDA's actions – directly. Don't shrink back. If this Court does not step in and exercise its proper authority, solidifying the role of Louisiana as sovereign within its own territories, and preventing irreparable harm to women the FDA has ignored, Louisiana may as well be annexed to a state that makes a different choice. The eroding of Louisiana's laws essentially robs that state of its powers and treats its citizens just like those in California or New York.

**Prayer**

This Court should:

a) Find the State of Louisiana and Rosalie have standing to bring this action;

b) Find the 2023 REMS were arbitrarily and capriciously established;

c) Grant a stay of the 2023 REMS; and

d) Grant other preliminary and permanent injunctive relief requested by Plaintiffs.

---

[20] *Dobbs v. Jackson Women's Health Org.*, 597 U.S. 215 (2022)

Respectfully submitted this 12th day of February, in the Year of Our Lord, Two Thousand Twenty-Six, and of The Independence of the United States of America, The Two Hundred Fiftieth Anniversary.

Respectfully submitted,

/s T. Houston Middleton, IV
T. Houston Middleton, IV
LA Bar Card No. 33281
TX Bar Card No. 24085753
hmiddleton@lundyllp.com
Local Counsel for *Amici*

Hunter W. Lundy
LA Bar Card No. 8938
MS Bar Card No. 1495
hlundy@lundyllp.com
Local Counsel for *Amici*

Lundy L.L.P.
501 Broad Street
Lake Charles, LA 70601
Telephone: (337) 439-0707
Facsimile: (337) 439-1029

Mary J. Browning
MO Bar Card No. 34633
m.jbrowning@outlook.com
Lead Counsel for *Amici*, Pro Hac Vice

Allan E. Parker
TX Bar Card No. 15505500
aparker@thejusticefoundation.org
Counsel for *Amici*, Pro Hac Vice

R. Clayton Trotter
TX Bar Card No. 20240500
info@thejusticefoundation.org
Counsel for *Amici*, Pro Hac Vice

The Justice Foundation
8023 Vantage Dr., Suite 1275
San Antonio, TX 78230
Telephone: (210) 614-7157
Facsimile: (210) 614-6656

20

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 12, 2026, we presented the foregoing *Amicus Curiae* Brief to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to all registered CM/ECF users associated with this case.

<u>*s/ T. Houston Middleton, IV*</u>
T. Houston Middleton, IV