# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| STATE LOUISIANA, et al. | NO. 6:25–CV–01491–DCJ–DJA |
| VERSUS | JUDGE DAVID C JOSEPH |
| U S FOOD & DRUG ADMINISTRATION, et al. | MAGISTRATE JUDGE DAVID J AYO |

### NOTICE OF CORPORATE DISCLOSURE STATEMENT REQUIREMENT

**NOTICE TO FILER:**

The Motion for Leave to File – #103 filed by 60 Plus Association, Advancing American Freedom, Alabama Policy Institute, Alaska Family Council, American Association of Senior Citizens, American Values, Americans United for Life, Americas Women, Association of Mature American Citizens Action, Fran Bevan, Centennial Institute at Colorado Christian University, Center for Urban Renewal & Education, Christian Law Association, Christian Medical & Dental Associations, Democrats for Life, Eagle Forum, Family Council in Arkansas, Family Foundation of Virginia, Family Institute of Connecticut Action, Frontline Policy Council, Human Coalition, International Conference of Evangelical Chaplain Endorsers, Louisiana Family Forum, Lutheran Center for Religious Liberty, Maryland Family Institute, Men & Women for a Representative Democracy in America Inc, Men for Life, National Right to Life, New York State Conservative Party, North Carolina Values Coalition, Priests for Life, Wagner Center, Wisconsin Family Action Inc, Women for Democracy in America Inc, Young Americas Foundation, was the first appearance by this party. According to Fed.R.Civ.P. 7.1, "the first appearance of a non–governmental corporate party requires a corporate disclosure statement." Additionally, the rule requires that a corporate party "promptly" supplement the statement upon any change in the information that the party previously provided to the court.

In accordance with this rule, the United States District Court, Western District of Louisiana requires that a <u>corporate party who makes a first appearance in a case must file a corporate disclosure statement either identifying any parent corporation or corporation holding 10% or more of its stock holdings or file a statement</u> stating there is no such parent corporation or other corporation holding stock in the corporation. For pending cases in which a corporate disclosure statement has not previously been filed by any non–governmental corporate party, the court also requires such a statement be filed as soon as possible.

**<u>A corporate disclosure statement must be electronically filed by 3/4/2026</u> or the matter will be referred to the court for further action to enforce compliance.** If you feel this notice has been issued in error or the filer is not a non–governmental corporate party, please submit a document declaring same.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1–866–323–1101.

THUS DONE  February 18, 2026.

DANIEL J. MCCOY
CLERK OF COURT
