IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*, <br><br> *Plaintiffs,* <br><br> *vs.* <br><br> U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, <br><br> *Defendants*. | Civil Action No. 6:25-cv-01491-DCJ-DJA <br><br> Judge David C. Joseph <br><br> Magistrate Judge David J. Ayo |

**MOTION AND MEMORANDUM REQUESTING LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF DEFENDANTS' AND PROPOSED INTERVENORS' OPPOSITION TO THE MOTION FOR PRELIMINARY INJUNCTION**

IGH d/b/a/ Abortion on Demand, Hey Jane, and the Reproductive Health Initiative for Telehealth Equity & Solutions (collectively, the "Amici"), by and through undersigned counsel, respectfully request permission to file an Amicus Brief in Support of the Defendants' and Proposed Intervenors' Opposition to the Motion for Preliminary Injunction. Amici's brief is attached as Exhibit A. In support of this Motion, Amici state as follows:

1. Amici are reproductive healthcare providers that offer telehealth abortion services and one allied organization that supports evidence-based access to mifepristone and the use of telehealth to expand access to reproductive healthcare. Amici have a direct and substantial interest in the matters at issue in this litigation.

2. Amici have a strong interest in ensuring that all patients can access safe and timely abortion care. The telehealth provider Amici regularly provide telehealth abortion

services, including prescribing and dispensing mifepristone, to patients who would otherwise face significant barriers to accessing in-person abortion care.

3. The brief offers a perspective grounded in the lived experiences of patients who have used the telehealth provider Amici's services to access mifepristone. The patient narratives and perspectives featured throughout the brief illustrate how telehealth removes barriers to care, promotes patient autonomy, improves health outcomes, and advances health equity.

4. Amici submit this brief to assist the Court's understanding of the real-world implications of restrictions to mifepristone and telehealth abortion services.

5. The brief is timely and will not cause undue delay or prejudice to any party. Amici respectfully submit that granting leave to file this brief will aid the Court in resolving the issues presented in this litigation.

6. It is the understanding of the undersigned counsel that the plaintiffs and defendants are agreeing to the filing of amici briefs and, thus, the need to present this request to counsel for Plaintiffs and Defendants is unnecessary.

For the reasons stated above, Amici respectfully request leave to file the accompanying brief in Support of the Defendants' and Proposed Intervenors' Opposition to the Motion for Preliminary Injunction, submitted herewith as Exhibit A.

Dated: February 20, 2026

By: /s/ Meghan Kinney Matt
Meghan Matt (Bar No. 39975)
MURELL LAW FIRM
4005 St. Claude Ave.
New Orleans, LA 70117
(504) 300-9292
meghan@murell.law

Respectfully submitted,

By: /s/ Sapna Khatri
Sapna Khatri*
BOSTON UNIVERSITY SCHOOL OF LAW
Program on Reproductive Justice
765 Commonwealth Ave. 9th Floor
Boston, MA 02215
(617) 353-3310
sapnak@bu.edu
*Pro hac vice admission pending