IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*, *Plaintiffs*, vs. U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, *Defendants*. | Civil Action No. 6:25-cv-01491-DCJ-DJA<br><br>Judge David C. Joseph<br><br>Magistrate Judge David J. Ayo |

**ORDER**

The Court having considered the Motion for Leave to File Brief for IGH d/b/a/ Abortion on Demand, Hey Jane, and the Reproductive Health Initiative for Telehealth Equity & Solutions, as Amici Curiae Supporting Defendants' and Proposed Intervenors' Opposition to the Motion for Preliminary Injunction is hereby ORDERED that the motion is GRANTED. The proposed brief that accompanied the motion shall be deemed to have been filed and served by ECF on the date of this Order.

**IT IS SO ORDERED**

THUS, DONE AND SIGNED, in Chambers this _____ day of _____ 2026.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE