# APPENDIX

## List of *Amici Curiae*

Center for Reproductive Rights

American Civil Liberties Union Foundation

Planned Parenthood Federation of America

10,000 Women Louisiana

A Woman's Choice Clinics: Jacksonville, FL; Charlotte, NC; Greensboro, NC; Raleigh, NC; Danville, VA

Abortion Coalition for Telemedicine

Abortion Forward (f/k/a Pro-Choice Ohio)

Access Health Center Ltd

Alamo Women's Clinic of Albuquerque

Alamo Women's Clinic of Illinois

All Families Healthcare

Alyssa Rodriguez Center for Gender Justice

American College of Nurse-Midwives, Oregon Affiliate

Americans United for Separation of Church and State

Ancient Song, Inc.

Avow Texas

Bread and Roses/Gainesville Woman Care

Brevard NOW

California Women Lawyers

Cambridge Reproductive Health Consultants

Carolina Abortion Fund

Catholics for Choice

Cedar River Clinics

Center for Women's Health

Chicago Abortion Fund

CHOICES Center for Reproductive Health

Cobalt Advocates

Collective Power for Reproductive Justice

Desert Star Institute for Family Planning

Desiree Alliance

Doctors for America

El Pueblo

Endora

Equal Rights Advocates

Essential Access Health

A-2

Every Mother Counts

Faith Choice Ohio

Family Planning Associates Medical Group

Feminist Center for Reproductive Liberation

FL National Organization for Women

Frontera Fund

Fund Texas Choice

Gender Justice

Gender Justice League

Greater Orlando National Organization for Women

Greenville Women's Clinic PA

GSBA, Washington's LGBTQ+ Chamber of Commerce

Guttmacher Institute

Health Imperatives Inc.

Ibis Reproductive Health

If/When/How: Lawyering for Reproductive Justice

Indigenous Women Rising

International Action Network for Gender Equality & Law (IANGEL)

Ipas US

Jane's Due Process

Juniper Midwifery

Just The Pill

Justice and Joy National Collaborative

Lawyering Project

Legal Momentum, The Women's Legal Defense and Education Fund

Maine Family Planning

Michigan Chamber for Reproductive Justice

Michigan Voices

Midwest Access Coalition

Miscarriage and Abortion Hotline

National Abortion Federation

National Council of Jewish Women

National Health Law Program

National Network of Abortion Funds

National Organization for Women, Jacksonville Chapter

National Perinatal Association

National Women's Law Center

National Women's Political Caucus

New York Abortion Access Fund (NYAAF)

New York Midwives

NOISE FOR NOW

Northland Family Planning Centers

Northwest Health Law Advocates

Nurses for Sexual Reproductive Health

Oklahoma Call for Reproductive Justice

Partners in Abortion Care

Pasco County National Organization for Women, Inc.

People Power United

Physicians for Reproductive Health

Pinellas County National Organization for Women

Plan C

Power to Decide

Pro-Choice North Carolina

Protect Our Care, a fiscally sponsored project of New Venture Fund

Reclaim, Inc.

Red River Women's Clinic

Reproaction

Reproductive Equity Now Foundation

Reproductive Freedom for All

Reproductive Freedom Fund of New Hampshire

Reproductive Health Access Project

Rhia Ventures

Robbinsdale clinic, PA

SHERo Mississippi

Southwestern Women's Options

Tennessee Freedom Circle

Texas Equal Access Fund

The Brigid Alliance

The Jane Network

Truth Pregnancy Resource Center

Ubuntu Black Family Wellness Collective

URGE: Unite for Reproductive & Gender Equality

Virginia Affiliate of the American College of Nurse-Midwives

Wavelength Psychological Services

Women Lawyers On Guard Inc.

Women's Law Project