UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, by and through its Attorney General, LIZ MURRILL, and ROSALIE MARKEZICH, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. FOOD AND DRUG ADMINISTRATION, et al., <br><br> *Defendants*. | Civil No.: 6:25-cv-01491 <br><br> Judge David C. Joseph <br><br> Mag. Judge David J. Ayo |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 (amended effective 12/31/22), Students for Life of America makes the following disclosures:

1. **Is the disclosing party a nongovernmental corporate party (or a nongovernmental corporation that seeks amicus curiae status)?**

    [X] Yes  [ ] No

    If "No," proceed to Question 2. If "Yes," respond to the following:

    a. **Identify any parent corporation and any publicly held corporation owning 10% or more of its stock, or**

    b. **State that there is no such corporation.**

    There is no such corporation.


2. **Is the disclosing party either a party or an intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a)?**

    [ ] Yes  [X] No

    If "No," sign and submit the form. If "Yes," respond to the following:

a. **Identify the name—and citizenship—of every individual or entity whose citizenship is attributed to the disclosing party (including all members, sub-members, general and limited partners, and corporations) at the time the action was filed in or removed to federal court (or when any later event occurs that could affect the court's jurisdiction under § 1332(a)):**

Counsel acknowledges a continuing obligation to "promptly file a supplemental statement if any required information changes." Fed. R. Civ. P. 7.1(b)(2).

Respectfully submitted,

| | |
|---|---|
| */s/ L. Katie Buckner* | */s/ R. Bradley Lewis* (La. Bar #8657) |
| L. Katie Buckner | R. Bradley Lewis |
| | |
| Counsel for *Amicus Curiae* | Local Counsel for Amicus Curiae |
| STUDENTS FOR LIFE OF AMERICA | STUDENTS FOR LIFE OF AMERICA |
| 1000 Winchester Street, Suite 301 | 248 Richmond Street |
| Fredericksburg, VA 22401 | Bogalusa, LA 70427 |
| (463) 229-0240 | (985) 735-9003 |
| kbuckner@studentsforlife.org | rbl@bradleylewislaw.com |

Certificate of Service

I hereby certify that on February 20, 2026, I presented the foregoing Rule 7.1 Disclosure Statement to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to all other parties in this case.

| | |
|---|---|
| /s/ L. Katie Buckner | /s/ R. Bradley Lewis |
| Signature of Applying Attorney | Signature of Local Counsel |