UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, et al., <br> Plaintiffs, | Case No.   6:25-cv-01491 |
| VS. <br> U.S. FOOD AND DRUG ADMINISTRATION, et al., <br> Defendants. | Judge   David C. Joseph <br> Magistrate Judge   David J. Ayo |

**MOTION OF THE STATES OF NEW YORK ARIZONA, CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, HAWAII, ILLINOIS, MAINE, MARYLAND, MASSACHUSETTS, MINNESOTA, NEVADA, NEW JERSEY, NEW MEXICO, OREGON, RHODE ISLAND, VERMONT, WASHINGTON, AND THE DISTRICT OF COLUMBIA FOR LEAVE TO FILE A BRIEF AS AMICI CURIAE IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY RELIEF**

The States of New York, Arizona, California, Colorado, Connecticut, Delaware, Hawaii, Illinois, Maine, Maryland, Massachusetts, Minnesota, Nevada, New Jersey, New Mexico, Oregon, Rhode Island, Vermont, Washington, and the District of Columbia respectfully move this Court for leave to file the attached brief as amici curie in opposition to plaintiffs' motion for preliminary relief. For the reasons described below, amici's proposed brief contains relevant material that may aid the Court in resolving the issues raised by plaintiffs' motion. The parties have consented to the filing of amicus briefs.

Amici States have a substantial interest in preserving the availability of telemedicine access to mifepristone specifically, and in ensuring high-quality, science-driven patient care within their borders more generally. Many amici operate public hospitals, clinics, and other facilities that provide health care and pharmaceutical services and run public universities that provide health care services to their employees and students. Through their elected officials, amici States also act

1

to protect and promote the health, safety, and welfare of their residents. The continued availability of mifepristone, in accordance with sound medical guidelines, is therefore critical to safeguarding amici States' important interest in protecting the health, safety, and rights of their residents to access essential reproductive health care.

The attached brief explains that in the experience of amici States, medication abortion is a safe and effective method for terminating pregnancies. Specifically, the brief explains how the overwhelming medical consensus and voluminous clinical evidence support the overall safety and efficacy of medication abortion, including medication abortion provided by telemedicine. The brief further explains how the elimination of the in-person dispensing requirement for mifepristone has been critical to amici's efforts to expand access to reproductive health care in rural and underserved areas of their States. Finally, amici explain that plaintiffs' requested preliminary relief is not warranted because laws protecting access to abortion in other States have no bearing on the U.S. Food & Drug Administration's evaluation of the safety and efficacy of a particular medication. The information from amici's own experiences will assist this Court in assessing the likelihood of success on the merits, weighing the equities of plaintiffs' motion, and determining whether an injunction serves the public interest.

## CONCLUSION

The Court should grant amici curiae leave to file the attached brief in opposition to plaintiffs' motion for preliminary relief.

Dated:   New York, New York
         February 20, 2026

Respectfully submitted,

LETITIA JAMES
  *Attorney General*
  *State of New York*

  /s/ Jacob K. Weixler
JACOB K. WEIXLER
Weixler Law LLC
3640 Magazine Street
New Orleans, LA 70015
(504) 408-2180
jkw@weixlerlaw.com

*Counsel for Amici Curiae*

  /s/ Ester Murdukhayeva*
ESTER MURDUKHAYEVA
*Deputy Solicitor General*
N.Y. Bar No. 5115399

Barbara D. Underwood
  *Solicitor General*
Ester Murdukhayeva
  *Deputy Solicitor General*
Galen Leigh Sherwin
  *Special Counsel for Reproductive Justice*
        *of Counsel*

Office of the Attorney General
28 Liberty Street
New York, NY 10005
(212) 416-6279
Ester.Murdukhayeva@ag.ny.gov

*Admission pro hac vice pending

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing motion has been served on all counsel of record by ECF.

Dated:  New York, New York
         February 20, 2026

                                              /s/ Jacob K. Weixler
                                              JACOB K. WEIXLER
                                              *Counsel for Amici Curiae*