UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, et al.,<br>Plaintiffs, | Case No.   6:25-cv-01491 |
| VS.<br>U.S. FOOD AND DRUG<br>ADMINISTRATION, et al.,<br>Defendants. | Judge   David C. Joseph<br>Magistrate Judge   David J. Ayo |

## ORDER

Upon consideration of the unopposed motion of the States of New York, Arizona, California, Colorado, Connecticut, Delaware, Hawaii, Illinois, Maine, Maryland, Massachusetts, Minnesota, Nevada, New Jersey, New Mexico, Oregon, Rhode Island, Vermont, Washington, and the District of Columbia for leave to file an amicus brief in opposition to plaintiffs' motion for preliminary relief, it is hereby **ORDERED** that the motion is **GRANTED.** The proposed brief that accompanied the motion shall be deemed to have been filed and served by ECF on the date of this Order.

**IT IS SO ORDERED.**

This ___ day of _____, 2026

_____
Hon. David C. Joseph
U.S. District Court Judge