UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

|  |  |
|---|---|
| THE STATE OF LOUISIANA, by and through its Attorney General, LIZ MURRILL, and ROSALIE MARKEZICH,<br><br>          PLAINTIFFS,<br><br>v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION, *et al.*,<br><br>          DEFENDANTS. | Civ. No. 6:25-cv-01491<br>Judge David C. Joseph<br>Magistrate Judge David J. Ayo |

**MOTION FOR LEAVE TO FILE BRIEF OF MEDICAL STUDENTS FOR CHOICE AS *AMICUS CURIAE* IN SUPPORT OF DEFENDANTS' AND PROPOSED INTERVENORS' OPPOSITION TO PLAINITFFS' MOTION FOR PRELIMINARY RELIEF**

Alexandra D. Moody (Bar No. 41095)
LIFT LOUISIANA
2831 St. Claude Avenue
New Orleans, Louisiana 70117
(504) 484-9636
alex@liftlouisiana.org

Jayme Jonat* (NY Bar No. 4883299)
Charlotte Baigent* (NY Bar No. 5979224)
Kathryn Arnett* (NY Bar No. 6206791)
Katharine Zeigler* (NY Bar No. 6235014)
HOLWELL SHUSTER &
GOLDBERG LLP
425 Lexington Avenue
New York, New York 10017
(646) 837-5151
jjonat@hsgllp.com
cbaigent@hsgllp.com
karnett@hsgllp.com
kzeigler@hsgllp.com
*Admitted *pro hac vice*

*Counsel for Amicus Curiae Medical Students for Choice*

Medical Students for Choice ("MSFC"), by and through the undersigned counsel, respectfully requests permission to file an Amicus Curiae Brief in support of Defendants' and Proposed Intervenors' Opposition to Plaintiffs' Motion for Preliminary Relief.  ECF No. 51.  The parties have consented to the filing of *Amicus* briefs.  ECF No. 39.  Proposed *Amicus*'s brief is attached as Exhibit A.

MSFC is a non-profit organization with over 10,000 members and nearly 300 chapters in over 26 countries, including approximately 185 chapters across the United States.  MSFC seeks to ensure that medical students and trainees have access to comprehensive, evidence-based reproductive healthcare education.  MSFC has a strong interest in protecting evidence-based medical education and training.  Accordingly, MSFC moves for leave to submit the attached brief to outline the concerns of the organization's members concerning judicial interference with evidence-based access to mifepristone dispensed by mail across the country.

The Fifth Circuit has held that courts "would be 'well advised to grant motions for leave to file amicus briefs unless it is obvious that the proposed briefs do not meet Rule 29's criteria as broadly interpreted.'"  *Lefebure v. D'Aquilla*, 15 F.4th 670, 676 (5th Cir. 2021) (quoting *Neonatology Assocs., P.A. v. C.I.R.*, 293 F.3d 128, 133 (3d Cir. 2002)) (discussing Fed. R. App. P. 29).  In analyzing whether Rule 29's criteria has been met, this Court has considered factors such as "whether the proposed *amicus* has a unique interest in the case, and whether the proposed *amicus* brief is 'timely and useful or otherwise necessary to the administration of justice.'"  *Boudreaux v. Sch. Bd. of St. Mary Par.*, 2023 WL 4771231, at *3 (W.D. La. July 24, 2023) (quoting *U.S. ex rel. Gudur v. Deloitte Consulting LLP*, 512 F. Supp. 2d 920, 927 (S.D. Tex. 2007), *aff'd sub nom. U.S. ex rel. Gudur v. Deloitte & Touche*, 2008 WL 3244000 (5th Cir. Aug. 7, 2008)).

2

MSFC has a unique interest in this case.  MSFC seeks argue that Plaintiffs' request for a nationwide injunction against the 2023 update to the Food and Drug Administration's Risk Evaluation and Mitigation Strategy for mifepristone, which allows dispensing via mail and pharmacy (the "2023 REMS Update"), will harm medication education and training across the country.  In particular, the relief sought from this Court would reduce the quality of medical education and residency programs, as well as restrict future doctors' ability to provide the best reproductive healthcare, including safe abortions for patients across the country.  MSFC's mission to ensure comprehensive, evidence-based reproductive healthcare education is therefore implicated by this case.

MSFC's proposed *Amicus* brief is also timely and useful to the Court.  It is timely because it follows the briefing schedule set forth by this Court and agreed to by the parties.  ECF No. 39.  Furthermore, it is useful because MSFC's unique perspective as a non-profit organization with over 10,000 medical student and resident members will aid the Court in evaluating the impact of its decision on medical education and the medical profession nationwide.

For the foregoing reasons, MSFC respectfully requests that the Court grant the motion for leave to file the attached brief.

3

Respectfully submitted,

*/s/ Jayme Jonat*

Jayme Jonat* (NY Bar No. 4883299)
Charlotte Baigent* (NY Bar No. 5979224)
Kathryn Arnett* (NY Bar No. 6206791)
Katharine Zeigler* (NY Bar No. 6235014)
HOLWELL SHUSTER &
GOLDBERG LLP
425 Lexington Avenue
New York, New York 10017
(646) 837-5151
jjonat@hsgllp.com
cbaigent@hsgllp.com
karnett@hsgllp.com
kzeigler@hsgllp.com
*Admitted *pro hac vice*

*/s/ Alexandra D. Moody*
Alexandra D. Moody (Bar No. 41095)
LIFT LOUISIANA
2831 St. Claude Avenue
New Orleans, Louisiana 70117
(504) 484-9636
alex@liftlouisiana.org

*Counsel for Amicus Curiae*
*Medical Students for Choice*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2026, I presented the foregoing to the Clerk of Court by filing and uploading to the CM/ECF system, which will send notification of such filing to all parties.

/s/ *Alexandra D. Moody*
Alexandra D. Moody
(Bar No. 41095)
LIFT LOUISIANA
2831 St. Claude Avenue
New Orleans, Louisiana 70117
(504) 484-9636
alex@liftlouisiana.org

Counsel for *Amicus Curiae*
Medical Students for Choice