# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
## Layfette Division

| | |
|---|---|
| THE STATE OF LOUISIANA, by and through its Attorney General, LIZ MURRILL, and ROSALIE MARKEZICH, | ) ) ) ) ) |
| Plaintiffs | ) Case No.: 6:25-cv-01491-DCJ-DJA ) |
| v. | ) Judge David C. Joseph ) |
| U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, | ) Magistrate Judge David J. Ayo ) ) |
| Defendants. | ) ) |

## CORPORATE DISCLOSURE STATEMENT OF
## HEARTBEAT INTERNATIONAL, INC.

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Heartbeat International, Inc., makes the following disclosure:

Heartbeat International, Inc., has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: February 23, 2026                           Respectfully submitted,

/s/Charles K. Cicero, III                          /s/Danielle M. White
Charles K. Cicero, III (38237)                     Danielle M. White†
CICERO LAW, LLC                                    W.D. La. Temporary Bar No. 918848
205 Holiday Blvd. Suite 100                        Ohio Bar No. 92613
Covington, LA 70433                                HEARTBEAT INTERNATIONAL, INC.
(216) 409-5442                                     8405 Pulsar Place
chaz@cicero-law.com                                Columbus, OH 43240
                                                   (614) 885-7577
*Counsel for Amicus Curiae*                        dwhite@heartbeatinternational.org
*Heartbeat International, Inc.*

<u>/s/B. Tyler Brooks</u>
B. Tyler Brooks[†]
W.D. La. Temporary Bar No. 918847
South Carolina Bar No. 100553
THOMAS MORE SOCIETY
309 West Washington St., Suite 1250
Chicago, IL 60606
(336) 707-8855
tbrooks@thomasmoresociety.org

[†] Admitted *pro hac vice*.

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2026, I presented the foregoing motion to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to all registered CM/ECF users associated with this case.

/s/Charles K. Cicero, III
Charles K. Cicero, III (38237)
CICERO LAW, LLC
205 Holiday Blvd. Suite 100
Covington, LA 70433
(216) 409-5442
chaz@cicero-law.com
