UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, by and through its Attorney General, LIZ MURRILL, and ROSALIE MARKEZICH, Plaintiffs | Case No. 6:25-cv-01491-DCJ-DJA |
| VS. | Judge David C. Joseph |
| U.S. FOOD AND DRUG ADMINISTRATION, et al., Defendants. | Magistrate Judge David J. Ayo |

**ORDER**

CONSIDERING the Motion to Substitute Pleading filed by amicus curiae Disability Rights Education and Defense Fund;

IT IS ORDERED that the motion be and is hereby GRANTED. The Clerk of Court is directed to substitute the pleading.

The Clerk is further directed to correct the docket to associate Chloé M. Chetta, Kristen D. Amond, and Elizabeth R. June with amicus curiae Disability Rights Education and Defense Fund.

The Clerk is further directed to remove any association between Chloé M. Chetta, Kristen D. Amond, and Elizabeth R. June with defendant U.S. Food and Drug Administration.

SO ORDERED on this, the 23rd day of February, 2026.

_David J. Ayo_
United States Magistrate Judge