UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, LIZ MURRILL and ROSALIE MARKEZICH, <br><br> *Plaintiffs* <br><br> vs <br><br> U.S. FOOD AND DRUG ADMINISTRATION, et al., <br><br> *Defendants* | Case No. 6:25-cv-01491 <br><br> Judge David C. Joseph <br><br> Magistrate Judge David J. Ayo |

## CORPORATE DISCLOSURE STATEMENT OF
## ETHICS AND PUBLIC POLICY CENTER

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Ethics and Public Policy Center makes the following disclosure:

Ethics and Public Policy Center is a non-profit corporation that has no parent corporation. Furthermore, no publicly held corporation owns 10% or more of its stock.

Dated: February 23, 2026

                                                            **Respectfully submitted,**

| | |
|---|---|
| *s/M. Edward Whelan III* | *s/Michelle Ward Ghetti* |
| M. EDWARD WHELAN III* | MICHELLE W. GHETTI (Bar No. 18716) |
| Ethics and Public Policy Center | Ghetti Law |
| 1730 M Street N.W., Suite 910 | 139B James Comeaux Rd., No. 802 |
| Washington, DC 20036 | Lafayette, LA 70508-3376 |
| Phone: 202-682-1200 | Phone: 225-933-9029 |
| Fax: 202-408-0632 | Mghetti@yahoo.com |
| ewhelan@eppc.org | *Local Counsel* |
| *Pro Hac Vice | |