**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| THE STATE OF LOUISIANA, by and through its Attorney General, LIZ MURRILL, and ROSALIE MARKEZICH, | **Case No. 6:25-cv-01491-DCJ-DJA** |
| *Plaintiffs*, | Judge David C. Joseph |
| v. | Magistrate Judge David J. Ayo |
| U.S. FOOD AND DRUG ADMINISTRATION, *et al.* | |
| *Defendants*. | |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF**
**CONCERNED WOMEN FOR AMERICA**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Concerned Women for America

states that is a non-profit corporation exempt from taxation under §501(c)(3) of the Internal Revenue

Code, it has no parent corporation, and issues no publicly held stock.

| | |
|---|---|
| /s/ Mario Diaz | /s/ Ben E. Clayton |
| Counsel admitted *Pro Hac Vice* | LSBA No. 17512 |
| Mario Diaz | Clayton Law Firm |
| Concerned Women for America | 893 Brownswitch Road, Suite No.101 |
| 1000 N. Payne Street | Slidell, Louisiana 70458 |
| Alexandria, Virginia 22314 | Telephone: (985) 862-3065 |
| Telephone: (202) 488-7000 | Facsimile: (985) 863-7707 |
| Facsimile: (202) 488-00806 | Email: ben@claytonlawfirmllc.com |
| Email: mdiaz@cwfa.org | |

**CERTIFICATE OF SERVICE**

I hereby certify that on <u>February 23, 2026</u>, I presented the foregoing Rule 7.1 Corporate

Disclosure Statement to the Clerk of Court for filing and uploading to the CM/ECF system

which will send notification of such filing to all parties of record, and I hereby certify that there

are no parties who need to be served by mail.

/s/ Ben E. Clayton
Signature

Name:          Ben E. Clayton
Firm:    Clayton Law Firm
Address:   893 Brownswitch Road, Suite 101
              Slidell, Louisiana 70458
Telephone:    (985) 863-3065
 Fax:  (985) 863-7707
E-mail:        ben@claytonlawfirmllc.com
