UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, by and through its Attorney General, LIZ MURRILL, and ROSALIE MARKEZICH,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION, et al.,<br><br>*Defendants*. | Case No. 6:25-cv-01491<br><br>Judge David C. Joseph<br><br>Magistrate Judge David J. Ayo |

**EXPARTE MOTION TO CORRECT AND AMEND DOCKET**

NOW INTO COURT, through undersigned counsel come Amici Curiae, Former U.S. Department of Justice Officials.

1.

Movant asserts that on Friday, February 20, 2026, local counsel filed Motion for Leave [Dkt 167] with Proposed Amici which was accepted by the Court. This filing erroneously filed each pro hac vice attorney [Dkt Nos. 161, 162, 164, 165, 166] individually as movants in lieu of listing the movant as "Former U.S. Department of Justice Officials" and adding the pro hac vice attorneys as co-counsel.

2.

Movant avers that the following corrective measures are necessary for accuracy and clarity of the court record and docket:

1. <u>Add Movant</u>:  **Former U.S. Department of Justice Officials**.

2. <u>Relate Docket Nos</u>. 161, 162, 164, 165, 166, and 167, with related Orders to movant Former U.S. Department of Justice Officials.

3. <u>Terminate Movants</u>: Alan Schoenfeld, Kimberly A. Parker, Kyle Edwards Haugh, Maitland Lilja Io Jones, and Arielle K. Herzberg.

3.

Movant asserts that this ministerial action is appropriate for exparte filing.

WHEREFORE, Movant respectfully requests that the Court grant this motion in its entirety.

Dated: February 24, 2026

Respectfully Submitted,

/s/ Richard G. Perque
_____
Richard G. Perque (La. Bar No. 30669)
Law Office of Richard G. Perque, LLC
700 Camp Street
New Orleans, Louisiana 70130
richard@perquelaw.com
Telephone: (504) 681-2003
Facsimile: (504) 681-2004
Attorney for Amici Curiae

**WILMER CUTLER PICKERING  
HALE & DORR LLP**

Alan Schoenfeld*  
M. L. Io Jones*  
7 World Trade Center  
250 Greenwich Street  
New York, NY 10007  
Telephone: (212) 295-8000  
Fax: (212) 230-8888  
alan.schoenfeld@wilmerhale.com  
io.jones@wilmerhale.com  

Kimberly A. Parker*  
2100 Pennsylvania Avenue NW  
Washington, DC 20037  
Telephone: (202) 663-6000  
Fax: (202) 663-6363  
kimberly.parker@wilmerhale.com  

Kyle Edwards Haugh*  
50 California Street, Suite 3600  
San Francisco, CA 94111  
Telephone: (628) 235-1000  
Fax: (628) 235-1001  
kyle.haugh@wilmerhale.com  

Arielle K. Herzberg*  
1225 17th Street, Suite 2600  
Denver, CO 80202  
Telephone: (720) 274-3135  
Fax: (720) 274-3133  
arielle.herzberg@wilmerhale.com  

*Attorneys for Amici Curiae*

*Pro hac vice Orders signed February 23, 2026

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2026, I presented the foregoing ExParte Motion to Correct and Amend Docket to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to all registered CM/ECF users associated with this case.

/s/ Richard G. Perque
_____
Richard G. Perque (La. Bar No. 30669)
Law Office of Richard G. Perque, LLC
700 Camp Street
New Orleans, Louisiana 70130
richard@perquelaw.com
Telephone: (504) 681-2003
Facsimile: (504) 681-2004
Attorney for Amici Curiae