UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, by and through its Attorney General, LIZ MURRILL, and ROSALIE MARKEZICH, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. FOOD AND DRUG ADMINISTRATION, et al., <br><br> *Defendants*. | Case No. 6:25-cv-01491 <br><br> Judge David C. Joseph <br><br> Magistrate Judge David J. Ayo |

## ORDER TO CORRECT AND AMEND DOCKET

Considering the motion of Former U.S. Department of Justice Officials, for accuracy and clarity of the court record and docket, it is therefore ordered that the motion is GRANTED as follows:

IT IS ORDERED that the Clerk of Court for the Western District of Louisiana is ordered to complete the following corrective actions:

1. <u>Add Movant</u>: **Former U.S. Department of Justice Officials**.

2. <u>Relate Docket Nos</u>. 161, 162, 164, 165, 166, and 167, with related Orders to movant Former U.S. Department of Justice Officials.

3. <u>Terminate Movants</u>: Alan Schoenfeld, Kimberly A. Parker, Kyle Edwards Haugh, Maitland Lilja Io Jones, and Arielle K. Herzberg.

SO ORDERED on this the _____ day of _____, 2026.

_____
JUDGE
UNITED STATES DISTRICT COURT