UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **STATE LOUISIANA ET AL** | **CASE NO. 6:25-CV-01491** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **U S FOOD & DRUG ADMINISTRATION ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

**MINUTES OF COURT:**
**MOTIONS HEARING**

| | | | |
|---|---|---|---|
| Date: | Feb. 24, 2026 | Presiding: | Judge David C. Joseph |
| Court Opened: | 10:00 AM | Courtroom Deputy: | Lisa LaCombe/Dru Casebonne |
| Court Adjourned: | 11:39 AM | Court Reporter: | Beth Delatte |
| Statistical Time: | 1:39 | Courtroom: | Courtroom 1 |

**APPEARANCES**

| | | |
|---|---|---|
| J Benjamin Aguinaga | For | State Louisiana Plaintiff |
| Erin Morrow Hawley | For | State Louisiana Plaintiff |
| Caitlin Ann Huettemann | For | State Louisiana Plaintiff |
| Noah T Katzen | For | U S Food & Drug Administration Defendants |
| William Brock Most | For | Danco Laboratories L L C Movant |
| Alexander Vladimir Sverdlov | For | Danco Laboratories L L C Movant |
| Jessica L Ellsworth | For | Danco Laboratories L L C Movant |
| John N Adcock | For | GenBioPro Inc Movant |
| Daphne O'Connor | For | GenBioPro Inc Movant |
| Robert J Katerberg | For | GenBioPro Inc Movant |

**PROCEEDINGS**

Case called for hearing re [20] Motion for Preliminary Injunction or Motion for Preliminary Relief Under 5 U.S.C. 705 by all Plaintiffs; [50] Motion to Stay the Case filed by the U S Food & Drug Administration, U S Dep of Health & Human Services, Robert F. Kennedy, Jr. Martin Makary, George Francis Tidmarsh.

The Court GRANTED [52] Motion to Intervene with opposition, Motion for Leave to File Opposition, Motion for Leave to File Motion to Dismiss by Danco Laboratories, LLC; and [54] Motion to Intervene with opposition, Motion for Leave to File Conditional Opposition, pursuant to Federal Rules of Civil Procedure 24(a).

After considering oral arguments, motions and memoranda submitted as well as the applicable law, the Court took the matter under advisement. A written ruling will follow.

The Court ORDERED the FDA, through counsel, to file a brief within seven (7) days addressing the FDA's authority to issue interim orders addressing the prescribing or distribution of a drug if confronted with concerning information during its review process.