# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

THE STATE OF LOUISIANA, BY AND THROUGH ITS ATTORNEY GENERAL, LIZ MURRILL, AND ROSALIE MARKEZICH,

    *Plaintiffs*,

  v.

U.S. FOOD AND DRUG ADMINISTRATION, ET AL.,

    *Defendants*.

Civil Action No.: 6:25-cv-01491-DCJ-DJA

Judge David C. Joseph

Magistrate Judge David J. Ayo

## CORPORATE DISCLOSURE STATEMENT OF
## AMERICAN ASSOCIATION OF PRO-LIFE OBSTETRICIANS

American Association of Pro-Life Obstetricians and Gynecologists is a non-profit corporation that has no parent corporation. Furthermore, no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

/s/ *Brian W. Arabie*
Brian W. Arabie (Bar No. 27359)
SIGLER, ARABIE & CANNON, LLC
630 Kirby Street
Lake Charles, LA 70601
(337) 439-2033
brian@siglerlaw.com

/s/ *Christopher E. Mills*
Christopher E. Mills*
SPERO LAW LLC
557 East Bay St. #22251
Charleston, SC 29413
(843) 606-0640
cmills@spero.law
* *Admitted pro hac vice*

February 24, 2026

## CERTIFICATE OF SERVICE

      I hereby certify that on February 24, 2026, I presented the foregoing to the Clerk of Court by filing and uploading to the CM/ECF system, which will send notification of such filing to all parties.

/s/  *Brian W. Arabie*
Brian W. Arabie (Bar No. 27359)
SIGLER, ARABIE & CANNON, LLC
630 Kirby Street
Lake Charles, LA 70601
(337) 439-2033
brian@siglerlaw.com