# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, by and through its Attorney General, LIZ MURRILL, and ROSALIE MARKEZICH, | Case No. 6:25-cv-01491 |
| *Plaintiffs*, | Judge David C. Joseph |
| v. | Magistrate Judge David J. Ayo |
| U.S. FOOD AND DRUG ADMINISTRATION, et al., | |
| *Defendants.* | |

## ORDER TO CORRECT AND AMEND DOCKET

Considering the Motion of Former U.S. Department of Justice Officials, to Correct and Amend Docket [Rec. 227], it is therefore ordered that the Motion is GRANTED as follows:

IT IS ORDERED that the Clerk of Court for the Western District of Louisiana is ordered to complete the following corrective actions:

1. Add Movant: **Former U.S. Department of Justice Officials**.

2. Relate Docket Nos. 161, 162, 164, 165, 166, and 167, with related Orders to movant Former U.S. Department of Justice Officials.

3. Terminate Movants: Alan Schoenfeld, Kimberly A. Parker, Kyle Edwards Haugh, Maitland Lilja Io Jones, and Arielle K. Herzberg.

THUS, DONE AND SIGNED in chambers this 24th day of February 2026.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT COURT