UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, by and through its Attorney General, LIZ MURRILL, and ROSALIE MARKEZICH,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION, *et al.*,<br><br>*Defendants*. | Case No. 6:25-cv-01491<br><br>Judge David C. Joseph<br><br>Magistrate Judge David J. Ayo |

**MOTION TO WITHDRAW AS COUNSEL**

Amici Curiae Former U.S. Department of Justice Officials respectfully submit this Motion to Withdraw Kyle Edwards Haugh (*pro hac vice*; WDLA Temporary Bar Number 918879) as counsel.

1. Former U.S. Department of Justice Officials request that this Court allow Kyle Edwards Haugh (*pro hac vice*) of the law firm Wilmer Cutler Pickering Hale & Dorr LLP to withdraw as counsel of record for Former U.S. Department of Justice Officials in the above-captioned action.

2. The undersigned's withdrawal will not prejudice the parties or cause unnecessary delay of these proceedings.

3. Richard G. Perque of the law firm of Law Office of Richard G. Perque (LA State Bar No. 30669) and Alan Schoenfeld (*pro hac vice*), Kimberly A. Parker (*pro hac vice*), Arielle

Herzberg (*pro hac vice*), and M. L. Io Jones (*pro hac vice*) of the law firm Wilmer Cutler Pickering Hale & Dorr LLP will remain as counsel of record for Former U.S. Department of Justice Officials in this matter.

    WHEREFORE, Former U.S. Department of Justice Officials respectfully requests that this motion be granted and that Kyle Edwards Haugh (*pro hac vice*) be withdrawn as counsel of record for Former U.S. Department of Justice Officials in the above-captioned matter.

Dated:  February 27, 2026

/s/ Richard G. Perque

**LAW OFFICE OF RICHARD G. PERQUE**

Richard G. Perque
LA State Bar No.: 30669
700 Camp Street
New Orleans, LA 70130
Telephone: (504) 681-2003
Fax: (504) 681-2004
richard@perquelaw.com

Respectfully submitted,

/s/ Kyle Edwards Haugh

**WILMER CUTLER PICKERING HALE & DORR LLP**

Alan Schoenfeld (*pro hac vice*)
M. L. Io Jones (*pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 295-8000
Fax: (212) 230-8888
alan.schoenfeld@wilmerhale.com
io.jones@wilmerhale.com

Kimberly A. Parker (*pro hac vice*)
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000
Fax: (202) 663-6363
kimberly.parker@wilmerhale.com

Kyle Edwards Haugh (*pro hac vice*)
WDLA Temporary Bar Number: 918879
50 California Street, Suite 3600
San Francisco, CA 94111
Telephone: (628) 235-1000
Fax: (628) 235-1001
kyle.haugh@wilmerhale.com

Arielle Herzberg (*pro hac vice*)

1225 17th Street, Suite 2600
Denver, CO 80202
Telephone: (720) 274-3135
Fax: (720) 274-3133
arielle.herzberg@wilmerhale.com

*Counsel for* Amici Curiae

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 27, 2026, I presented the foregoing Motion to Withdraw as Counsel to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to all registered CM/ECF users associated with this case.

| | |
|---|---|
| /s/ Richard G. Perque | /s/ Kyle Edwards Haugh |
| Richard G. Perque | Kyle Edwards Haugh |