UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

THE STATE OF LOUISIANA,                          §
By and through its Attorney General,             §
LIZ MURRILL, and ROSALIE MARKEZICH,              §
                                                  §
              PLAINTIFFS,                         §
                                                  §          CIV. NO. 6:25-CV-01491
                                                  §
        v.                                        §          Judge DAVID C. JOSEPH
                                                  §
                                                  §          Magistrate Judge DAVID J. AYO
U.S. FOOD AND DRUG ADMINISTRATION,               §
MARTIN A. MAKARY, M.D., M.H., in his             §
Official capacity as Commissioner of Food        §
and Drugs; GEORGE FRANCIS TIDMARSH,              §
M.D., PH.D., in his official capacity as Director. §
Center for Drug       and Research, U.S.          §
DEPARTMENT OF HEALTH AND HUMAN                   §
SERVICES; and ROBERT F. KENNEDY, JR.,            §
in his official capacity as Secretary, U.S.      §
Department of Health and Human Services,         §
                                                  §
              DEFENDANTS,                         §

**CORPORATE DISCLOSURE STATEMENT OF
TRINITY LEGAL CENTER**

Trinity Legal Center is a non-profit corporation that has no parent corporation. Furthermore, no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

/s/ Brian W. Arabie                          /s/ Linda Boston Schlueter
Brian W. Arabie                              Trinity Legal Center
Bar No. 27359                                1150 N. Loop 1604 W., Ste 108-208
SIGLER, ARABIE & CANNON, LLC                 210-274-5274
630 Kirby Street                             TLC4Linda@aol.com
Lake Charles, LA 70601                       * Admitted pro hac vice
337-439-2033
brian@siglerlaw.com

**CERTIFICATE OF SERVICE**

I herby certify that on March 17, 2026, I presented the foregoing to the Clerk of Court by filing and uploading to the CM/ECF system, which will send notifications of such filing to all parties.

/s/ Brian W. Arabie
Brian W. Arabie
Bar No. 27359
SIGLER, ARABIE & CANNON, LLC
630 Kirby Street
Lake Charles, LA 70601
337-439-2033
brian@siglerlaw.com