UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

|  |  |
|---|---|
| THE STATE OF LOUISIANA, by and through its Attorney General, LIZ MURRILL, and ROSALIE MARKEZICH,<br><br>PLAINTIFFS,<br><br>v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION, et al.<br><br>DEFENDANTS. | Civ. No.: 6:25-cv-01491<br><br>Judge: David C. Joseph<br><br>Mag. Judge: David J. Ayo |

**NOTICE OF APPEAL**

Pursuant to Federal Rule of Appellate Procedure 3(a), Plaintiffs the State of Louisiana, by and through its Attorney General Liz Murrill, and Rosalie Markezich ("Plaintiffs") hereby appeal to the United States Court of Appeals for the Fifth Circuit the Court's Memorandum Ruling (ECF No. 258) denying Plaintiffs' Motion for Preliminary Relief under 5 U.S.C. § 705 (ECF No. 20) and granting the Government's Motion to Stay the Case (ECF No. 50).

1

Dated: April 8, 2026

Respectfully submitted,

*s/ Caitlin Huettemann*

LIZ MURRILL
  Attorney General
J. Benjamin Aguiñaga*
  Solicitor General
  TX Bar No. 24101435
Caitlin Huettemann (Lead)
  Assistant Solicitor General
  LA Bar No. 40402
OFFICE    OF    THE    LOUISIANA
ATTORNEY GENERAL
1885 N. Third Street
Baton Rouge, LA 70804
(225) 326-6766
AguinagaB@ag.louisiana.gov
HuettemannC@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*

*Admitted pro hac vice

  *s/ Erik C. Baptist*
Erin M. Hawley
  Temp. LA Bar No. 918497
Erik C. Baptist (Lead)
  Temp. LA Bar No. 918496
Julie Marie Blake
  Temp. LA Bar No. 918492
Frank W. Basgall
  Temp. LA Bar No. 918493
Gabriella M. McIntyre
  Temp. LA Bar No. 918494
Dalton A. Nichols
  Temp. LA Bar No. 918495
ALLIANCE DEFENDING FREEDOM
44180 Riverside Parkway
Lansdowne, VA 20176
(571) 707-4655
ehawley@adflegal.org
ebaptist@adflegal.org
jblake@adflegal.org
fbasgall@adflegal.org
gmcintyre@adflegal.org
dnichols@adflegal.org

*Counsel for Plaintiffs State of Louisiana
and Rosalie Markezich*

Michael T. Johnson
LA Bar No. 14401
Johnson, Siebeneicher & Ingram
2757 Highway 28 East
Pineville, Louisiana 71360
Telephone: (318) 484-3911
Facsimile: (318) 484-3585
mikejohnson@jslawfirm.com

*Counsel for Plaintiff Rosalie Markezich*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2026, pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), a true and correct copy of the foregoing memorandum, and all attachments thereto, was served by CM/ECF.

Respectfully submitted,

_/s/ Caitlin Huettemann_
CAITLIN HUETTEMANN (La #40402)