## *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 23, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 26-30203   State of Louisiana v. FDA
               USDC No. 6:25-CV-1491

Enclosed is an order entered in this case.

        Sincerely,

        LYLE W. CAYCE, Clerk

*Christy Combel*

        By: _____
        Christy M. Combel, Deputy Clerk
        504-310-7651

Mr. John N. Adcock
Mr. Jorge Benjamin Aguinaga
Mr. Erik Baptist
Mr. Andrew Marshall Bernie
Ms. Julie Marie Blake
Ms. Jessica Lynn Ellsworth
Mr. John Patrick Elwood
Ms. Carrie Yvette Flaxman
Ms. Erin Morrow Hawley
Ms. Caitlin Ann Huettemann
Mr. Michael T. Johnson
Mr. Robert J. Katerberg
Mr. Noah T. Katzen
Ms. Meghan K. Matt
Mr. Daniel J. McCoy
Mr. William Brock Most
Ms. Lisa Newman
Ms. Daphne O'Connor
Ms. Jo-Ann Tamila Sagar
Mr. Daniel Winik

# United States Court of Appeals
# for the Fifth Circuit

---

No. 26-30203

---

STATE OF LOUISIANA, *by & through its Attorney General, Liz Murrill*;
ROSALIE MARKEZICH,

*Plaintiffs—Appellants*,

*versus*

FOOD & DRUG ADMINISTRATION; MARTY MAKARY, *Commissioner, U.S. Food and Drug Administration*; RICHARD PAZDUR, *in his official capacity as Director, Center for Drug Evaluation & Research, U S Food & Drug Administration*; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., *Secretary, U.S. Department of Health and Human Services*,

*Defendants—Appellees*,

*versus*

DANCO LABORATORIES, L.L.C.; GENBIOPRO, INCORPORATED,

*Intervenors—Appellees*.

---

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 6:25-CV-1491

---

ORDER:

IT IS ORDERED that the motion of *Reproductive Health Initiative for Telehealth Equity & Solutions*, *Hey Jane*, and *IGH* d/b/a *Abortion on Demand,* to file an amicus brief in opposition of the Appellants' motion for § 705 stay or injunction pending appeal is GRANTED.

*Leslie H. Southwick*

_____

LESLIE H. SOUTHWICK
*United States Circuit Judge*