# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 24, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 26-30203   State of Louisiana v. FDA
               USDC No. 6:25-CV-1491

Enclosed is an order entered in this case.

          Sincerely,

          LYLE W. CAYCE, Clerk

*Christy Combel*

          By: _____
          Christy M. Combel, Deputy Clerk
          504-310-7651

Mr. John N. Adcock
Mr. Jorge Benjamin Aguinaga
Mr. Erik Baptist
Mr. Andrew Marshall Bernie
Ms. Julie Marie Blake
Ms. Jessica Lynn Ellsworth
Mr. John Patrick Elwood
Ms. Carrie Yvette Flaxman
Mr. Eugene M. Gelernter
Ms. Erin Morrow Hawley
Ms. Caitlin Ann Huettemann
Mr. Michael T. Johnson
Mr. Robert J. Katerberg
Mr. Noah T. Katzen
Ms. Meghan K. Matt
Mr. Daniel J. McCoy
Mr. William Brock Most
Ms. Lisa Newman
Ms. Daphne O'Connor
Ms. Jo-Ann Tamila Sagar
Ms. Clara Simone Spera
Ms. Maria Michelle Uzeta
Mr. Daniel Winik
Mr. Daniel W. Wolff

# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

April 24, 2026

Lyle W. Cayce
Clerk

No. 26-30203

STATE OF LOUISIANA, *by & through its Attorney General, Liz Murrill*;
ROSALIE MARKEZICH,

*Plaintiffs—Appellants*,

*versus*

FOOD & DRUG ADMINISTRATION; MARTY MAKARY, *Commissioner,
U.S. Food and Drug Administration*; RICHARD PAZDUR, *in his official
capacity as Director, Center for Drug Evaluation & Research, U S Food & Drug
Administration*; UNITED STATES DEPARTMENT OF HEALTH AND
HUMAN SERVICES; ROBERT F. KENNEDY, JR., *Secretary, U.S.
Department of Health and Human Services*,

*Defendants—Appellees*,

*versus*

DANCO LABORATORIES, L.L.C.; GENBIOPRO, INCORPORATED,

*Intervenors—Appellees*.

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 6:25-CV-1491

No. 26-30203

ORDER:

IT IS ORDERED that the motion of *Legal Voice* to file an amicus response as to the Appellants' motion for § 705 stay or injunction pending appeal is GRANTED.

IT IS FURTHER ORDERED that the motion of *Honeybee Health, Inc.,* to file an amicus response as to the Appellants' motion for § 705 stay or injunction pending appeal is GRANTED.

IT IS FURTHER ORDERED that the motion of *Vet Voice Foundation* to file an amicus response as to the Appellants' motion for § 705 stay or injunction pending appeal is GRANTED.

IT IS FURTHER ORDERED that the motion of *Disability Rights Education and Defense Fund* and eight other organizations to file an amicus response as to the Appellants' motion for § 705 stay or injunction pending appeal is GRANTED.

*Leslie H. Southwick*

_____

LESLIE H. SOUTHWICK
*United States Circuit Judge*

2