# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, by and through its Attorney General, LIZ MURRILL, and ROSALIE MARKEZICH, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, <br><br> Defendants. | Civ. No.: 6:25-cv-01491 <br> Judge: David C. Joseph <br> Mag. Judge: David J. Ayo |

## DANCO LABORATORIES, LLC'S NOTICE OF APPEAL

Notice is hereby given that Intervenor-Defendant Danco Laboratories, LLC appeals to the United States Court of Appeals for the Fifth Circuit from the memorandum ruling entered on April 7, 2026, (ECF No. 258), which denied Danco's motion to dismiss, as well as all adverse rulings, orders, findings, and conclusions included in and leading up to that order.

Dated: May 1, 2026

Respectfully submitted,

*/s/ Jessica L. Ellsworth*
Jessica L. Ellsworth*
Alexander V. Sverdlov*
Danielle Desaulniers Stempel*
Dana A. Raphael*
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
Tel:  (202) 637-5600
jessica.ellsworth@hoganlovells.com

William Most
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500 #968
New Orleans, Louisiana 70170

1

Tel: (504) 509-5023
Fax: (504) 414-6400
william.most@gmail.com


*admitted *pro hac vice*

*Counsel for Danco Laboratories, LLC*

2