# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 05, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 26-30203   State of Louisiana v. FDA
              USDC No. 6:25-CV-1491

Enclosed is an order entered in this case.

          Sincerely,

          LYLE W. CAYCE, Clerk

          *Christy Combel*

          By: _____
          Christy M. Combel, Deputy Clerk
          504-310-7651

Mr. John N. Adcock
Mr. Jorge Benjamin Aguinaga
Mr. Erik Baptist
Mr. Andrew Marshall Bernie
Ms. Julie Marie Blake
Ms. Jessica Lynn Ellsworth
Mr. John Patrick Elwood
Ms. Carrie Yvette Flaxman
Mr. Eugene M. Gelernter
Ms. Erin Morrow Hawley
Ms. Jillian Horowitz
Ms. Caitlin Ann Huettemann
Mr. Michael T. Johnson
Mr. Robert J. Katerberg
Mr. Noah T. Katzen
Ms. Meghan K. Matt
Mr. Daniel J. McCoy
Ms. Gabriella McIntyre
Ms. Katherine McKay
Ms. Hilarie M. Meyers
Mr. William Brock Most
Ms. Lisa Newman
Ms. Daphne O'Connor
Ms. Dana A. Raphael
Ms. Jo-Ann Tamila Sagar
Ms. Clara Simone Spera
Ms. Danielle Desaulniers Stempel
Ms. Maria Michelle Uzeta
Mrs. Hadiya Williams
Mr. Daniel Winik
Mr. Daniel W. Wolff

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 5, 2026

Lyle W. Cayce
Clerk

No. 26-30203

STATE OF LOUISIANA, *by & through its Attorney General, Liz Murrill*; ROSALIE MARKEZICH,

*Plaintiffs—Appellants*,

*versus*

FOOD & DRUG ADMINISTRATION; MARTY MAKARY, *Commissioner, U.S. Food and Drug Administration*; RICHARD PAZDUR, *in his official capacity as Director, Center for Drug Evaluation & Research, U S Food & Drug Administration*; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., *Secretary, U.S. Department of Health and Human Services*,

*Defendants—Appellees*,

*versus*

DANCO LABORATORIES, L.L.C.; GENBIOPRO, INCORPORATED,

*Intervenors—Appellees*.

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 6:25-CV-1491

UNPUBLISHED ORDER

Before SOUTHWICK, DUNCAN, and ENGELHARDT, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that Appellee Danco Laboratories' opposed motion for a temporary administrative stay is DENIED AS MOOT.