**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

---

THE STATE OF LOUISIANA,
by and through its Attorney General,
LIZ MURRILL, and ROSALIE
MARKEZICH,

        *Plaintiffs,*

v.

U.S. FOOD AND DRUG
ADMINISTRATION, et al.

        *Defendants.*

Civ. No.: 6:25-cv-01491

Judge: David C. Joseph

Mag. Judge: David J. Ayo

---

### MOTION TO WITHDRAW AS COUNSEL

Plaintiffs' State of Louisiana and Rosalie Markezich respectfully submit this Motion to withdraw Frank W. Basgall (*pro hac vice;* WDLA Temporary Bar Number 918593) as counsel.

1. Plaintiffs' State of Louisiana and Rosalie Markezich request that this Court allow Frank W. Basgall (*pro hac vice*) of the law firm Alliance Defending Freedom to withdraw as counsel of record for the State of Louisiana and Rosalie Markezich in the above-captioned action.

2. The undersigned's withdrawal will not prejudice the parties or cause unnecessary delay of these proceedings.

3. Michael T. Johnson of the law firm of Johnson, Siebeneicher & Ingram (LA State Bar No. 14401), and Erik C. Baptist (*pro hac vice*), Erin M. Hawley (*pro hac vice*), Julie Marie Blake (*pro hac vice*), Gabriella M. McIntyre (*pro hac vice*), and Dalton Nichols (*pro hac vice*) of the law firm of Alliance Defending Freedom will remain as counsel of record for the State of Louisiana and Rosalie Markezich. J. Benjamin Aguiñaga and Caitlin Huettemann of the Office of the Louisiana Attorney General will remain as counsel of record for the State of Louisiana.

THEREFORE, the State of Louisiana and Rosalie Markezich requests that this Court grant their motion and withdraw Frank W. Basgall as counsel in the above-captioned matter.

1

Dated: May 15, 2026

s/ *Michael T. Johnson*
Michael T. Johnson
LA Bar No. 14401
JOHNSON, SIEBENEICHER & INGRAM
2757 Highway 28 East
Pineville, Louisiana 71360
Telephone: (318) 484-3911
Facsimile: (318) 484-3585
mikejohnson@jslawfirm.com

*Counsel for Plaintiff Rosalie Markezich*

s/ *Erik C. Baptist*
Erik C. Baptist
 Temp. LA Bar No. 918496
Erin M. Hawley
 Temp. LA Bar No. 918497
Julie Marie Blake
 Temp. LA Bar No. 918492
Frank W. Basgall
 Temp. LA Bar No. 918493
Gabriella M. McIntyre
 Temp. LA Bar No. 918494
Dalton A. Nichols
 Temp. LA Bar No. 918495
ALLIANCE DEFENDING FREEDOM
44180 Riverside Parkway
Lansdowne, VA 20176
(571) 707-4655
ehawley@adflegal.org
ebaptist@adflegal.org
jblake@adflegal.org
fbasgall@adflegal.org
gmcintyre@adflegal.org
dnichols@adflegal.org

*Counsel for Plaintiffs State of Louisiana*
*and Rosalie Markezich*

Respectfully submitted,

/s/ *Caitlin Huettemann*
LIZ MURRILL
  Attorney General
J. Benjamin Aguiñaga*
  Solicitor General
  TX Bar No. 24101435
Caitlin Huettemann (Lead)
  Assistant Solicitor General
  LA Bar No. 40402
OFFICE OF THE LOUISIANA
ATTORNEY GENERAL
1885 N. Third Street
Baton Rouge, LA 70804
(225) 326-6766
AguinagaB@ag.louisiana.gov
HuettemannC@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2026, I presented the foregoing Motion to Withdraw as Counsel to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to all registered CM/ECF users associated with this case.

_s/Erik C. Baptist_              Erik C. Baptist

_s/ Frank W. Basgall_
Frank W. Basgall