# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 03, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 26-30203    State of Louisiana v. FDA
                USDC No. 6:25-CV-1491

Enclosed is an order entered in this case.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    *Christy Combel*

                    By: _____
                    Christy M. Combel, Deputy Clerk
                    504-310-7651

Mr. John N. Adcock
Mr. Jorge Benjamin Aguinaga
Ms. Jessica Ring Amunson
Mr. Erik Baptist
Mr. Cody S. Barnett
Ms. Amanda Shafer Berman
Mr. Andrew Marshall Bernie
Ms. Julie Marie Blake
Mr. Brennan Tyler Brooks
Ms. Mary J. Browning
Ms. Leah Bruno
Ms. Yael Hannah Caplan
Mr. Charles Cicero III
Ms. Chelsea Corey
Ms. Deborah Jane Dewart
Ms. Margaret Dotzel
Ms. Daralyn J. Durie
Ms. Jessica Lynn Ellsworth
Mr. John Patrick Elwood
Katherine Epstein
Ms. Carrie Yvette Flaxman
Mr. Eugene M. Gelernter
Ms. Leah Godesky
Ms. Heather Gebelin Hacker
Ms. Erin Morrow Hawley
Ms. Jillian Horowitz
Ms. Alyssa Howard
Ms. Caitlin Ann Huettemann
Ms. Arielle Humphries
Mr. Michael T. Johnson
Mrs. Jayme Alyse Jonat

Mr. Robert J. Katerberg
Mr. Noah T. Katzen
Mr. Thomas S. Leatherbury
Ms. Jamie A. Levitt
Mr. Robert Bradley Lewis
Mr. Robert Allen Long Jr.
Ms. Jenny Ma
Ms. Janice Mac Avoy
Ms. Meghan K. Matt
Mr. Daniel J. McCoy
Ms. Gabriella McIntyre
Ms. Katherine McKay
Ms. Molly A. Meegan
Ms. Hilarie M. Meyers
Mr. Horatio Gabriel Mihet
Mr. Christopher Ernest Mills
Ms. Rachel N. Morrison
Mr. William Brock Most
Ms. Ester Murdukhayeva
Ms. Lisa Newman
Ms. Daphne O'Connor
Mr. Joseph R. Palmore
Mr. Allan Edward Parker Jr.
Ms. Kimberly A. Parker
Ms. Dana A. Raphael
Mr. Nathaniel W. Reisinger
Ms. Abby Rudzin
Ms. Kathryn C Saba
Ms. Jo-Ann Tamila Sagar
Mr. Max Sarinsky
Ms. Linda Boston Schlueter
Mr. Alan E. Schoenfeld
Mr. William B. Schultz
Ms. Shannon Rose Selden
Ms. Clara Simone Spera
Mr. Mathew D. Staver
Ms. Danielle Desaulniers Stempel
Ms. Olivia F. Summers
Mr. David H. Thompson
Ms. Maria Michelle Uzeta
Mr. John Marc Wheat
Ms. Pilar Whitaker
Mrs. Hadiya Williams
Mr. Daniel Winik
Ms. Megan Marie Wold
Mr. Daniel W. Wolff

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

August 3, 2026

Lyle W. Cayce
Clerk

No. 26-30203

STATE OF LOUISIANA, *by & through its Attorney General, Liz Murrill*;
ROSALIE MARKEZICH,

*Plaintiffs—Appellants/Cross-Appellees*,

*versus*

FOOD & DRUG ADMINISTRATION; KYLE DIAMANTAS, *Acting Commissioner, U.S. Food and Drug Administration*; MICHAEL DAVIS, *in his official capacity as Acting Director, Center for Drug Evaluation & Research, U S Food & Drug Administration*; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., *Secretary, U.S. Department of Health and Human Services*,

*Defendants—Appellees*,

GENBIOPRO, INCORPORATED,

*Intervenor—Appellee/Cross-Appellant*,

*versus*

DANCO LABORATORIES, L.L.C.,

*Intervenor—Appellee/Cross-Appellant.*

No. 26-30203

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 6:25-CV-1491

_____

ORDER:

IT IS ORDERED that the motion of Local Governments and Local Government Leaders for leave to file an amicus brief in support of the Defendants-Appellees and Intervenor-Appellees/Cross-Appellants is GRANTED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT