**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| STATE OF LOUISIANA, ET AL., | |
| *Plaintiffs,* | **Civil Action No. 6:25-cv-01491** |
| v. | **District Judge David C. Joseph** |
| U.S. FOOD & DRUG ADMINISTRATION, ET AL., | |
| *Defendants.* | |

**MOTION TO SUBSTITUTE COUNSEL OF RECORD**

NOW COMES MALCOLM C. LLOYD of the legal organization ACLU FOUNDATION OF LOUISIANA, who respectfully moves this Court for an Order allowing him to substitute Charles Andrew Perry (La. Bar No. 40906) of the ACLU Foundation of Louisiana as counsel of record for the Plaintiffs, the State of Louisiana, et al. Mr. Lloyd is leaving his employment with the ACLU Foundation of Louisiana. Other enrolled counsel shall remain the same.

WHEREFORE, Malcolm C. Lloyd prays that this Court enter an Order permitting Malcolm C. Lloyd to substitute Charles Andrew Perry as counsel of record for Plaintiffs in this proceeding.

Date: September 4, 2026

Respectfully submitted,

*/s/ Malcolm C. Lloyd*
Malcolm C. Lloyd (La. Bar No. 41573)
ACLU FOUNDATION OF LOUISIANA
1340 Poydras Street, Suite 2160
New Orleans, Louisiana 70112
Telephone: (504) 522-0628

*/s/ Charles Andrew Perry*
Charles Andrew Perry (La. Bar No. 40906)
ACLU FOUNDATION OF LOUISIANA
1340 Poydras Street, Suite 2160
New Orleans, Louisiana 70112
Telephone: (504) 522-0628
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Motion to Substitute has been served on all counsel of record by using the CM/ECF system on the 4th day of September, 2026.

*/s/ Malcolm C. Lloyd*
Malcolm C. Lloyd