**UNITED STATES DISTRICT COURT FOR WESTERN DISTRICT OF LOUISIANA LAFAYETTE DIVISION**

| | |
|---|---|
| THE STATE OF LOUISIANA, by and through its Attorney General, LIZ MURRILL, and ROSALIE MARKEZICH,<br><br>*Plaintiff*<br><br>v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION, et al.<br><br>*Defendant.* | Civ. No.: 6:25-cv-01491<br><br>Judge: David C. Joseph<br><br>Mag. Judge: David J. Ayo |

**MOTION TO WITHDRAW AS COUNSEL**

Plaintiffs' State of Louisiana and Rosalie Markezich respectfully submit this Motion to withdraw Erik C. Baptist (pro hac vice; WDLA Temporary Bar Number 918596) as counsel.

1. Plaintiffs' State of Louisiana and Rosalie Markezich request that this Court allow Erik C. Baptist (pro hac vice) of the law firm Alliance Defending Freedom to withdraw as counsel of record for the State of Louisiana and Rosalie Markezich in the above-captioned action.

2. The withdrawal will not prejudice the parties or cause unnecessary delay of these proceedings.

3. Michael T. Johnson of the law firm of Johnson, Siebeneicher & Ingram (LA State Bar No. 14401), Erin M. Hawley (pro hac vice), Julie Marie Blake (pro hac vice), Gabriella M. McIntyre (pro hac vice), and Dalton Nichols (pro hac vice) of the law firm of Alliance Defending Freedom will remain as counsel of record for the State of Louisiana and Rosalie Markezich. J. Benjamin Aguiñaga and Caitlin Huettemann of the Office of the Louisiana Attorney General will remain as counsel of record for the State of Louisiana.

THEREFORE, the State of Louisiana and Rosalie Markezich request that this Court grant their motion and withdraw Erik C. Baptist as counsel in the above-captioned matter.

Dated: October 7, 2026

Respectfully submitted,

*/s/ Michael T. Johnson*
Michael T. Johnson
LA Bar No. 14401
JOHNSON, SIEBENEICHER & INGRAM
2757 Highway 28 East
Pineville, LA 71360
Telephone: (318) 484-3911
Facsimile: (318) 484-3585
mikejohnson@jslawfirm.com

*Counsel for Plaintiff Rosalie Markezich*

*/s/ Gabriella M. McIntyre*
Gabriella M. McIntyre
WDLA Temp. Bar No. 918594
Erik C. Baptist
WDLA Temp. Bar No. 918596
Erin M. Hawley
WDLA Temp. Bar No. 918597
Julie Marie Blake
WDLA Temp. Bar No. 918094
Dalton A. Nichols
WDLA Temp. Bar No. 918595
ALLIANCE DEFENDING FREEDOM
44180 Riverside Parkway
Lansdowne, VA 20176
Telephone: (571) 707-4655
ehawley@ADFlegal.org
ebaptist@ADFlegal.org
jblake@ADFlegal.org
gmcintyre@ADFlegal.org
dnichols@ADFlegal.org

*Counsel for Plaintiffs State of Louisiana and Rosalie Markezich*

*/s/ Caitlin Huettemann*
LIZ MURRILL
Attorney General
J. Benjamin Aguiñaga

Solicitor General
TX Bar No. 24101435
Caitlin Huettemann (Lead)
Assistant Solicitor General
LA Bar No. 40402
OFFICE OF THE LOUISIANA
ATTORNEY GENERAL
1885 N. Third Street
Baton Rouge, LA 70804
(225) 326-6766
AguinagaB@ag.louisiana.gov
HuettemannC@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2026, I presented the foregoing Motion to Withdraw as Counsel to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to all registered CM/ECF users associated with this case.

*s/Gabriella M. McIntyre*
Gabriella M. McIntyre