**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| THE STATE OF LOUISIANA, by and through its Attorney General, LIZ MURRILL, and ROSALIE MARKEZICH,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION, et al.<br><br>*Defendants*. | Civ. No.: 6:25-cv-01491<br><br>Judge: David C. Joseph<br><br>Mag. Judge: David J. Ayo |

**ORDER ON ROSALIE MARKEZICH'S**
**MOTION FOR SUBSTITUTION OF LEAD ATTORNEY**

Upon Plaintiff Rosalie Markezich's Motion for Substitution of Lead Attorney,

IT IS ORDERED that Plaintiff Rosalie Markezich's motion to substitute Erin M. Hawley for Erik C. Baptist as Lead Attorney is GRANTED.

Erin M. Hawley is now Lead Attorney for Rosalie Markezich.

SO ORDERED on this, the 15th day of October, 2026.

David J. Ayo
United States Magistrate Judge