**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **STATE LOUISIANA ET AL** | **CASE NO. 6:25-CV-01491** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **U S FOOD & DRUG ADMINISTRATION ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

**NOTICE OF DEFICIENT DOCUMENT**

**NOTICE TO FILER:**

The Motion to Withdraw filed on October 28, 2026 by Disability Rights Education & Defense Fund was DEFICIENT for the following reason(s):

- ✓ A motion to withdraw or to substitute counsel must be signed by or have consent of the withdrawing attorney. Please refer to LR83.2.12. See also LR5.7.08 regarding electronic filing of documents requiring signatures of more than one party.
  The motion cannot be referred to chambers until this deficiency is corrected.

**Within three (3) days of receipt of this notice, please file a "corrective document" addressing the deficiency or deficiencies noted above, or the court may strike the document.** All filing deadlines previously set remain in effect. Issuance of this notice does not amount to an extension of any deadline; however, if, for good cause shown, additional time is needed to correct this filing, please contact the Clerk of Court's office. **DO NOT file a motion** to extend the three-day deadline provided by this notice.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.