**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| THE STATE OF LOUISIANA, by and through its Attorney General, LIZ MURRILL, and ROSALIE MARKEZICH, | CIVIL ACTION NO. 6:25-cv-01491 |
| *Plaintiffs*, | JUDGE: DAVID C. JOSEPH |
| *v.* | MAGISTRATE JUDGE: DAVID J. AYO |
| U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, | |
| *Defendants*. | |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

The Amici Curiae, Disability Rights Education and Defense Fund and Others, respectfully move under Local Rule 83.2.11 to withdraw Kristen D. Amond as local counsel of record. Chloé Chetta of the firm Barrasso Usdin Kupperman Freeman & Sarver, L.L.C., 909 Poydras Street, Suite 2350 New Orleans, LA 70112, consents to this motion and will remain local counsel of record for Amici Curiae.

Dated: October 28, 2026

Respectfully submitted,

*/s/ Chloé M. Chetta*
Chloé M. Chetta
Barrasso Usdin Kupperman Freeman & Sarver, L.L.C.
909 Poydras Street, Suite 2350
New Orleans, LA 70112
(504) 589-9700
cchetta@barrassousdin.com
*Attorneys for Amici Curiae*
*Counsel for The Disability Rights Education & Defense Fund and Others*

*/s/ Kristen D. Amond*
Kristen D. Amond (La. Bar No. 37011)
Kristen Amond LLC
3640 Magazine Street
New Orleans, LA 70115
(504) 556-5523
kristen@amondlaw.com